# Exhibit DD

Wednesday, January 8, 2020 at 17:13:37 Eastern Standard Time

**Subject:** SECOND DMCA NOTICE: Copyright Infringement of Derek DeYoung's Work
**Date:** Wednesday, November 20, 2019 at 4:02:28 PM Eastern Standard Time
**From:** John Di Giacomo
**To:** abuse@amazonaws.com

We represent the interests of Derek DeYoung, the artist of various works of creative authorship found at his website, derekdeyoung.com. The works at issue in this matter can be found here: https://www.derekdeyoung.com/product-category/shop/art/fine-art-reproductions/giclee-prints?filtering=1&product_tag=rainbow-trout.

It has been brought to our attention that a user of your services, AZCozy, has again infringed upon our client's rights. This is the second DMCA notice that we have sent regarding this user. The infringing work is located here and constitutes our client's artistic work displayed on a blanket: https://www.azcozy.com/products/trout-fishing-bt081027r.

This user is a repeat infringer and Amazon's failure to immediately terminate services will render Amazon liable for secondary liability for copyright infringement. My contact information is as follows:

John Di Giacomo
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684

--
John Di Giacomo
Revision Legal
john@revisionlegal.com
Phone: (231) 714.0100
Fax: (231) 714.0200
http://www.revisionlegal.com
Twitter: @jdigiacomo