UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK DEYOUNG,
a resident of Michigan,

    Plaintiff,

v.

BGROUP, LTD., a Hong Kong limited by shares company,

MANH QUAN TRUONG, an individual resident of Vietnam,

PRINTABEL COMPANY LIMITED, a Hong Kong limited by shares company,

THUY PHAN THIEN HA DONG, an individual resident of Vietnam, and

DOES 1-10,

    Defendants.

Case No.: 1:20-cv-51

FILED UNDER RESTRICTED ACCESS

---

### ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL

Whereas, Plaintiff filed a Motion seeking to file its Complaint, Motion to Exceed Page Limits, and Motion for Temporary Restraining Order under seal ("Plaintiff's Motion");

Whereas, the court has considered Plaintiff's Motion;

Whereas, the court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing the Complaint, Motion to Exceed Page Limits, and Plaintiff's Motion for Temporary Restraining Order appropriate;

Accordingly, it is ordered by the United States District Court for the Western District of Michigan, ORDERED:

1. That Plaintiff's Motion to File Under Seal is GRANTED as specifically set forth herein; and

2. That Plaintiff's Complaint, Motion to Exceed Page Limits, and Motion for Temporary Restraining Order are PLACED UNDER SEAL by the Clerk of the Court until further directed by the Court.

Dated:  January 22, 2020             /s/ Janet T. Neff
                                     Hon. Janet T. Neff
                                     United States District Judge