UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK DEYOUNG,
a resident of Michigan,

    Plaintiff,

v.

BGROUP, LTD., a Hong Kong limited by shares company,
QUAN TRONG, an individual resident of Vietnam,
and
DOES 1-10,

    Defendants.

Case No.: 1:20-cv-51

FILED UNDER RESTRICTED ACCESS

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

Whereas, Plaintiff filed a Motion seeking to leave of the court to file its Motion for Temporary Restraining Order in excess of the normal page limits ("Plaintiff's Motion");

Whereas, the Court has considered Plaintiff's Motion; and

Whereas, the Court finds and holds it appropriate to modify the page limits pursuant to LCivR 7.1(c).

Accordingly, it is ordered by the United States District Court for the Western District of Michigan, ORDERED:

1. That Plaintiff's Motion to Exceed Page Limits is GRANTED; and
2. That the Plaintiff's Motion for Temporary Restraining Order may exceed the normal page limits set out by the Local Rules of this Court.

Dated: January 22, 2020

/s/ Janet T. Neff
Hon. Janet T. Neff
United States District Judge