UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK DEYOUNG,

        Plaintiff,                              Case No. 1:20-cv-51

    v.                                         Hon. Janet T. Neff

BGROUP, LTD., et al.,

        Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on January 20, 2020.  The case has been assigned to Janet T. Neff.

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 400.00 filing fee or the IFP motion is due immediately**.  Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) - Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                                   CLERK OF COURT

Dated:  January 22, 2020                 By:   /s/ E. Siskind
                                                               Deputy Clerk