**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

DEREK DEYOUNG,
a resident of Michigan,

    Plaintiff,                                    Case No.: 1:20-cv-51

        v.

BGROUP, LTD., a Hong Kong limited by shares
company,

MANH QUAN TRUONG, an individual resident of
Vietnam,

PRINTABEL COMPANY LIMITED, a Hong
Kong limited by shares company,

THUY PHAN THIEN HA DONG, an individual
resident of Vietnam, and

DOES 1-10,

    Defendants.

---

**ORDER RE MOTION FOR PRELIMINARY INJUNCTION**

    This matter came before the Court on Plaintiff's Motion for Preliminary Injunction. Having reviewed Plaintiff's Motion and Brief, the Court finds the following:

1. The Plaintiff has demonstrated a likelihood of success on the merits of his copyright infringement, trade dress infringement, Michigan Consumer Protection Act, unfair competition, and civil conspiracy claims;

2. There is no adequate remedy at law and Plaintiff will suffer irreparable harm in the absence of preliminary relief;

3. The balancing of the harms tips in Plaintiff's favor; and

4. The issuance of a preliminary injunction is in the public's interest.

Therefore, it is hereby **ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** as follows:

1. Each Defendant, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order are hereby enjoined and restrained:

    a. From reproducing, preparing derivative works of, distributing copies of, and displaying publicly Plaintiff DeYoung's Trout Confetti 1, Tarpon Flank—Late, and Dream Double 1 works;

    b. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing Plaintiff DeYoung's Trout Confetti 1 or Tarpon Flank—Late trade dress or any confusingly similar trade dress;

    c. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products bearing Plaintiff DeYoung's Trout Confetti 1, Tarpon Flank—Late, and Dream Double 1; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing Plaintiff DeYoung's Trout Confetti 1 or Tarpon Flank—Late trade dress or any confusingly similar trade dress;

2. Each Defendant, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order shall immediately discontinue the use of the Trout Confetti 1 and Tarpon Flank—Late trade dress or any confusingly similar trade dress on or in connection

with the sale of goods and all internet websites owned and operated or controlled by them;

3. Upon receipt of notice of this Order, PayPal, Inc. ("PayPal") and its related companies and affiliates will continue to restrain all funds identified by PayPal as related to the PayPal account recipients BGroup, Ltd., Manh Quan Truong, Printabel Company Limited, and Thuy Phan Thien Ha Dong, including, but not limited to, accounts associated with shopbase.com, kayleeandtepid.com, lushgood.com, lannadecor.com, hmcozy.com, azcozy.com, cozynfancy.com, aquacozy.net, cozzian.com, cubebui.com, lushsneaker.com, azdecorus.com, bluetee.us, deplonia.com, astrohuman.onshopbase.com, bashfury.com, richleen.com, scansimo.com, greydard.com, leruitry.com, palmyhome.com, implaker.com, tonewavi.com, encedire.com, wysdman.com, erfourse.com, ciansfin.com, gerlati.com, flossibi.com, zaktez.com, ascenpo.com, sublacti.com, sporcepa.com, and stipede.com as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), and (ii) any other accounts which transfer funds into the same financial institution account(s). The restrained funds may be released only by future order of this Court.

4. Upon receipt of notice of this Order, Stripe, Inc. ("Stripe") and its related companies and affiliates will continue to restrain all funds identified by Stripe as related to the Stripe account recipients BGroup, Ltd., Manh Quan Truong, Printabel Company Limited, and Thuy Phan Thien Ha Dong, including, but not limited to, accounts associated with shopbase.com, kayleeandtepid.com, lushgood.com, lannadecor.com, hmcozy.com, azcozy.com, cozynfancy.com, aquacozy.net, cozzian.com,

cubebui.com, lushsneaker.com, azdecorus.com, bluetee.us, deplonia.com, astrohuman.onshopbase.com, bashfury.com, richleen.com, scansimo.com, greydard.com, leruitry.com, palmyhome.com, implaker.com, tonewavi.com, encedire.com, wysdman.com, erfourse.com, ciansfin.com, gerlati.com, flossibi.com, zaktez.com, ascenpo.com, sublacti.com, sporcepa.com, and stipede.com as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), and (ii) any other accounts which transfer funds into the same financial institution account(s). The restrained funds may be released only by future order of this Court.

5. Upon receipt of notice of this Order, BlueSnap, Inc. ("BlueSnap") and its related companies and affiliates will continue to restrain all funds identified by BlueSnap as related to the BlueSnap account recipients BGroup, Ltd., Manh Quan Truong, Printabel Company Limited, and Thuy Phan Thien Ha Dong, including, but not limited to, accounts associated with shopbase.com, kayleeandtepid.com, lushgood.com, lannadecor.com, hmcozy.com, azcozy.com, cozynfancy.com, aquacozy.net, cozzian.com, cubebui.com, lushsneaker.com, azdecorus.com, bluetee.us, deplonia.com, astrohuman.onshopbase.com, bashfury.com, richleen.com, scansimo.com, greydard.com, leruitry.com, palmyhome.com, implaker.com, tonewavi.com, encedire.com, wysdman.com, erfourse.com, ciansfin.com, gerlati.com, flossibi.com, zaktez.com, ascenpo.com, sublacti.com, sporcepa.com, and stipede.com as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), and (ii) any other accounts which transfer funds into the same

financial institution account(s). The restrained funds may be released only by future order of this Court.

6. Upon receipt of notice of this Order, Payoneer, Inc. ("Payoneer") and its related companies and affiliates will restrain all funds identified by Payoneer as related to the Payoneer account recipients BGroup, Ltd., Manh Quan Truong, Printabel Company Limited, and Thuy Phan Thien Ha Dong, including, but not limited to, accounts associated with shopbase.com, kayleeandtepid.com, lushgood.com, lannadecor.com, hmcozy.com, azcozy.com, cozynfancy.com, aquacozy.net, cozzian.com, cubebui.com, lushsneaker.com, azdecorus.com, bluetee.us, deplonia.com, astrohuman.onshopbase.com, bashfury.com, richleen.com, scansimo.com, greydard.com, leruitry.com, palmyhome.com, implaker.com, tonewavi.com, encedire.com, wysdman.com, erfourse.com, ciansfin.com, gerlati.com, flossibi.com, zaktez.com, ascenpo.com, sublacti.com, sporcepa.com, and stipede.com, as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), and (ii) any other accounts which transfer funds into the same financial institution account(s). The restrained funds may be released only by future order of this Court.

7. Upon receipt of notice of this Order, First Century Bank N.A. ("First Century") and its related companies and affiliates will restrain all funds identified by First Century as related to the First Century account recipients BGroup, Ltd., Manh Quan Truong, Printabel Company Limited, and Thuy Phan Thien Ha Dong, including, but not limited to, accounts associated with shopbase.com, kayleeandtepid.com, lushgood.com, lannadecor.com, hmcozy.com, azcozy.com, cozynfancy.com,

    aquacozy.net, cozzian.com, cubebui.com, lushsneaker.com, azdecorus.com, bluetee.us, deplonia.com, astrohuman.onshopbase.com, bashfury.com, richleen.com, scansimo.com, greydard.com, leruitry.com, palmyhome.com, implaker.com, tonewavi.com, encedire.com, wysdman.com, erfourse.com, ciansfin.com, gerlati.com, flossibi.com, zaktez.com, ascenpo.com, sublacti.com, sporcepa.com, and stipede.com, as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), and (ii) any other accounts which transfer funds into the same financial institution account(s). The restrained funds may be released only by future order of this Court.

8. Plaintiff may take expedited discovery from financial account providers First Century Bank N.A. and Payoneer, Inc. to identify the financial institutions that, on behalf of Defendants, may transmit or receive funds from these financial account providers, including their names, addresses, and account numbers.

9. This preliminary injunction will remain in effect until further order of the Court.

10. Plaintiff shall post a bond in the amount of ten thousand dollars ($10,000) as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint.

_____                    _____
Date                                                                 Hon. _____ US District Court Judge