# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

―――――――――――――――――

| | |
|---|---|
| DEREK DEYOUNG,<br>a resident of Michigan<br><br>                Plaintiff,<br>v<br><br>BGROUP, LTD.,<br>a Hong Kong Limited by shares company,<br>et al.,<br><br>                Defendants.<br>―――――――――――――――――/ | Case No. 1:20-cv-51<br><br>**MOTION OF DEFENDANTS BGROUP, LTD. AND TRUONG TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| John Di Giacomo (P73056)<br>Eric Misterovich (P73422)<br>Amanda Osorio (P79006)<br>Attorneys for Plaintiff<br>Revision Legal, PLLC<br>444 Cass St., Suite D<br>Traverse City, MI 49684<br>(231) 714-0100<br>john@revisionlegal.com<br>eric@revisionlegal.com<br>amanda@revisionlegal.com | Jennifer A. Puplava (P58949)<br>Daniel J. Broxup (P72868)<br>Mika Meyers PLC<br>Attorneys for Defendants BGroup, Ltd.<br>and Manh Quan Truong<br>900 Monroe Avenue, NW<br>Grand Rapids, MI 49503<br>(616) 632-8000<br>jpuplava@mikameyers.com<br>dbroxup@mikameyers.com |

―――――――――――――――――/

**EXPEDITED CONSIDERATION REQUESTED**

Defendant BGroup, LTD. d/b/a "ShopBase" and Defendant Truong (the "ShopBase Defendants"), by and through their attorneys, Mika Meyers PLC, move for dismissal of Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(2) on the grounds that the Court lacks personal jurisdiction over them. In support of this Motion, the ShopBase Defendants state:

1.     Defendant Truong is a citizen and resident of Vietnam.

2.	Defendant BGroup, Ltd. is a Vietnam-based company incorporated under the Laws of Hong Kong that has no offices, employees, real estate, or other physical presence in Michigan.

3.	The ShopBase Defendants do not transact business in Michigan, and they do not target Michigan in any advertising or marketing.

4.	For the reasons stated in the accompanying Brief, and as set forth in further detail in the accompanying Brief, this Court does not possess personal jurisdiction over the ShopBase Defendants.

5.	In its February 3, 2020 Order, the Court extended temporary injunctive relief against all Defendants, ordered the Defendants to file a response to Plaintiff's Motion for Preliminary Injunction no later than Monday, February 10, 2020, and ordered that all Defendants appear before the Court on February 14, 2020, for a hearing on Plaintiff's Motion. (ECF No. 31, PageID.505).  Therefore, expedited consideration of this Motion is necessary.

6.	In accordance with Western District of Michigan Local Rule 7.1(d), counsel for the ShopBase Defendants contacted counsel for Plaintiff via telephone on February 7, 2020, at approximately 1:52 p.m., to ascertain whether Plaintiff will oppose this Motion.  Counsel for Plaintiff, John Di Giacomo, confirmed that Plaintiff will oppose the Motion.

WHEREFORE, the ShopBase Defendants respectfully request this Honorable Court grant this Motion and enter an order (a) dismissing Plaintiff's claims against the ShopBase Defendants in this matter, including terminating the February 3, 2020  Order (ECF No. 31, PageID.503-506), to the extent it applies to the ShopBase Defendants, (b) awarding the ShopBase Defendants reasonable costs and attorney fees, and (c) providing such further legal and/or equitable relief as the Court deems just and proper. In the event that the Court does not decide this Motion before

02715890 5

February 10, the ShopBase Defendants further respectfully request that the Court allow counsel for the ShopBase Defendants to file a brief responding to Plaintiff's Motion for Preliminary Injunction and appear at the February 14, 2020 hearing without waiving the ShopBase Defendants' jurisdiction argument.

                                MIKA MEYERS PLC
                                Attorneys for Defendants BGroup, Ltd. and Truong

Dated:  February 7, 2020        By:  /s/ Daniel J. Broxup
                                          Daniel J. Broxup (P72868)
                                          900 Monroe Avenue, NW
                                          Grand Rapids, MI 49503
                                          (616) 632-8000

02715890 5