UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK DEYOUNG,

    Plaintiff,

v.

BGROUP, LTD., et al.,

    Defendants.

_____/

Case No. 1:20-cv-51

HON. JANET T. NEFF

## ORDER TO STRIKE

Defendants BGroup, Ltd. and Manh Quan Truong's Motion to Dismiss (ECF No. 33) shall be stricken from the record for the reason that Defendants have failed to comply with this Court's Information and Guideline Practice for Civil Cases[1] which requires a pre-motion conference before filing any dispositive motions.

Consistent with Defendants BGroup, Ltd. and Manh Quan Truong's suggestion (ECF No. 33 at PageID.510), the Court will allow counsel for Defendants BGroup, Ltd. and Manh Quan Truong to file a brief responding to Plaintiff's Motion for Preliminary Injunction and to appear at the February 14, 2020 hearing without waiving their jurisdiction argument.

**IT IS SO ORDERED**.

Dated: February 10, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge

---

[1] A copy of Judge Neff's Information and Guidelines is available on the Court's website (www.miwd.uscourts.gov).