UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DEREK DEYOUNG,
a resident of Michigan,

    Plaintiff,

v.

PRINTABEL COMPANY LIMITED, a Hong Kong limited by shares company,

THUY PHAN THIEN HA DONG, an individual resident of Vietnam, and

DOES 1-10,

    Defendants.

Case No.: 1:20-cv-51

___

**ORDER RE CONSOLIDATED MOTION FOR LEAVE TO AMEND, ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS PRINTABEL COMPANY LIMITED AND PHAN SHOULD NOT BE HELD IN CONTEMPT, AND FOR ADDITIONAL EXPEDITED DISCOVERY**

This matter came before the Court on Plaintiff's Consolidated Motion for Leave to Amend, Order to Show Cause as to Why Defendants Printabel Company Limited and Phan Should Not Be Held in Contempt, and for Additional Expedited Discovery, and the Court finds the following:

Plaintiff's Motion for Order to Show Cause is **GRANTED**. A hearing is set before _____ at the US District Court for the Western District of Michigan, 399 Federal Building, 110 Michigan St. NW, Grand Rapids, MI 49503 on _____ at _____ or at such other time that this Court deems appropriate, at which time Defendants must show cause as to why they should not be held in

1

civil or criminal contempt for violations of this Court's temporary restraining order and preliminary injunction;

Plaintiff's Motion for Leave to Amend is **GRANTED**. Plaintiff is permitted to file and serve an amended Complaint within fourteen (14) days of the entry of this order; and

Plaintiff's Motion for Expedited Discovery is **GRANTED** as follows:

1. Plaintiff may take expedited discovery by sending subpoenas to domain name registrars NameCheap, Inc., GoDaddy, LLC, and Donuts, Inc. to obtain the name, address, email address, and other contact information maintained by these providers for the following domain names:

    a. lushsneaker.com

    b. deploina.com

    c. leruitry.com

    d. erfourse.com

    e. wysdman.com

    f. sporcepa.com

    g. zaktez.com

    h. ascenpo.com

    i. encedire.com

    j. gerlati.com

    k. tonewavi.com

    l. ciansfin.com

    m. greydard.com

    n. implaker.com

3

o.  sublacti.com

p.  scansimo.com

q.  stipede.com

r.  azcozyhubs.com

s.  comfyhubs.com

t.  flossibi.com

u.  palmyhomey.com

v.  richleen.com

w.  cozzian.net

x.  kayleeandtepid.com

y.  sharkspree.com

z.  storelada.com

aa. crazystoreaz.com

bb. buncoshop.com

cc. lannadecor.com

dd. cubebui.com

ee. chavelary.com

ff. menaap.com

gg. oddcrate.com

hh. tuluhu.com

ii. fammade.com

jj. lushgood.com

kk. sleepynfancy.com

  ll. Theloosdecor.com

  mm. cozyfabriz.com

  nn. comfyhubz.com

  oo. pomelotee.com

  pp. evatiamo.com

  qq. shinezily.com

  rr. printabe.com

  ss. fortnitecute.com

  tt. ppatee.com

2. Plaintiff may take expedited discovery from financial account provider PayPal, Inc. to obtain the name, address, email address, and any other contact information associated with any PayPal accounts connected to the following domain names and to identify the financial institutions that may transmit or receive funds from those PayPal accounts, including their names, addresses, and account numbers:

  a. lushsneaker.com

  b. deploina.com

  c. leruitry.com

  d. erfourse.com

  e. wysdman.com

  f. sporcepa.com

  g. zaktez.com

  h. ascenpo.com

  i. encedire.com

j. gerlati.com

k. tonewavi.com

l. ciansfin.com

m. greydard.com

n. implaker.com

o. sublacti.com

p. scansimo.com

q. stipede.com

r. azcozyhubs.com

s. comfyhubs.com

t. flossibi.com

u. palmyhomey.com

v. richleen.com

w. cozzian.net

x. kayleeandtepid.com

y. sharkspree.com

z. storelada.com

aa. crazystoreaz.com

bb. buncoshop.com

cc. lannadecor.com

dd. cubebui.com

ee. chavelary.com

ff. menaap.com

gg. oddcrate.com

hh. tuluhu.com

ii. fammade.com

jj. lushgood.com

kk. sleepynfancy.com

ll. Theloosdecor.com

mm. cozyfabriz.com

nn. comfyhubz.com

oo. pomelotee.com

pp. evatiamo.com

qq. shinezily.com

rr. printabe.com

ss. fortnitecute.com

tt. ppatee.com

3. Plaintiff may take expedited discovery by sending subpoenas to reverse proxy service provider CloudFlare, Inc. to obtain the name, address, email address, and other contact information maintained by CloudFlare, Inc. for the following domain names:

   a. lushsneaker.com

   b. deploina.com

   c. leruitry.com

   d. erfourse.com

   e. wysdman.com

   f. sporcepa.com

g. zaktez.com

h. ascenpo.com

i. encedire.com

j. gerlati.com

k. tonewavi.com

l. ciansfin.com

m. greydard.com

n. implaker.com

o. sublacti.com

p. scansimo.com

q. stipede.com

r. azcozyhubs.com

s. comfyhubs.com

t. flossibi.com

u. palmyhomey.com

v. richleen.com

w. cozzian.net

x. kayleeandtepid.com

y. sharkspree.com

z. storelada.com

aa. crazystoreaz.com

bb. buncoshop.com

cc. lannadecor.com

    dd. cubebui.com

    ee. chavelary.com

    ff. menaap.com

    gg. oddcrate.com

    hh. tuluhu.com

    ii. fammade.com

    jj. lushgood.com

    kk. sleepynfancy.com

    ll. Theloosdecor.com

    mm.   cozyfabriz.com

    nn. comfyhubz.com

    oo. pomelotee.com

    pp. evatiamo.com

    qq. shinezily.com

    rr. printabe.com

    ss. fortnitecute.com

    tt. ppatee.com

4. Plaintiff may take expedited discovery from Bank of America Corporation to obtain the name, address, email address, and any other contact information associated with any Bank of America accounts owned or controlled by Defendants Printabel Company Limited and Thuy Phan Thien Ha Dong, as well as the last ninety (90) days of transactions posted to those accounts and the identity of the financial institutions that may have transmitted or received funds from those accounts.

_____                          _____
Date                                              Hon. _____ US District
                                                  Court Judge