# EXHIBIT A

store_owners_paypal_client_ids

| first_name | last_name | shop_username | public_domain | user | store_email | support_email |
|---|---|---|---|---|---|---|
| Thien Ha | Dong Thuy Phan | pod1.onshopbase.com | www.azcozy.com | phanthienha.printable@hotmail.com | sales@azcozy.com | cs@azcozy.com |
| Nguyen Tran | Sa | saturdaytee.onshopbase.com | www.decorholic.store | anhsabmt@gmail.com | anhsabmt@gmail.com | support@decorholic.store |
| Scan | Galaxy | scangalaxy.onshopbase.com | www.scangalaxy.com | ninhvietngoc@gmail.com | ninhvietngoc@gmail.com | scangalaxycontact@gmail.com |
| Thien Ha | Dong Thuy Phan | ggpod.onshopbase.com | www.cozynfancy.com | phanthienha.printable@hotmail.com | hangminh3011@gmail.com | support@azcozy.net |
| Võ | Khẩn | dkteam.onshopbase.com | www.trumpshops.com | vtkteam2019@gmail.com | vtkteam2019@gmail.com | support@trumpshops.com |
| Lam | Nguyen | ggs08.onshopbase.com | ggs08.onshopbase.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@cubebui.com |
| Lam | Nguyen | ggs10.onshopbase.com | ggs10.onshopbase.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com |
| Tommy | Vo | protees4u.onshopbase.com | www.protees4u.com | toanntq@gmail.com | toanntq@gmail.com | contact@protees4u.com |
| Minh | Nguyen Hoang | nbteam.onshopbase.com | www.pomelotee.com | nbteam2019@gmail.com | nbteam2019@gmail.com | support@pomelotee.com |
| Thien Ha | Dong Thuy Phan | hm01.onshopbase.com | www.hmcozy.com | phanthienha.printable@hotmail.com | hangminh3011@gmail.com | support@hmcozy.com |
| Lam | Nguyen | shop11.onshopbase.com | www.lushsneaker.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@bonzstore.com |
| Thien Ha | Dong Thuy Phan | hm02.onshopbase.com | www.isimpleidea.com | phanthienha.printable@hotmail.com | hungnguyen1110@gmail.com | hungnguyen1110@gmail.com |
| Thien Ha | Dong Thuy Phan | hm03.onshopbase.com | 92decorus.com | phanthienha.printable@hotmail.com | hungnguyen1110@gmail.com | support@92decorus.com |
| Hai | Minh Nguyen | gearpink.onshopbase.com | www.gearpink.com | ngminh_hai@taphuan.vn | ngminh_hai@taphuan.vn | ngminh_hai@taphuan.vn |
| Thien Ha | Dong Thuy Phan | hm04.onshopbase.com | www.hmazcozy.com | phanthienha.printable@hotmail.com | hangminh3011@gmail.com | support@hmazcozy.com |
| Thien Ha | Dong Thuy Phan | minhtm2.onshopbase.com | www.azdecorus.com | phanthienha.printable@hotmail.com | bqminh93@gmail.com | cs@azdecorus.com |
| Thien Ha | Dong Thuy Phan | hm05.onshopbase.com | hm05.onshopbase.com | phanthienha.printable@hotmail.com | hungnguyen1110@gmail.com | support@cozynfancy.com |
| Thien Ha | Dong Thuy Phan | aquacozy.onshopbase.com | www.aquacozy.net | phanthienha.printable@hotmail.com | ndhuy0202@gmail.com | support@bonzstore.com |
| Le | Viet Anh | wea-merch.onshopbase.com | www.weamerch.com | iam7dum@gmail.com | iam7dum@gmail.com | contact@weamerch.com |
| Ryan | Lin | madeforfans.onshopbase.com | www.madeforfans.com | getteesshirts@gmail.com | support@madeforfans.com | support@madeforfans.com |
| Cong | Thanh Duong | 21trueholiday.onshopbase.com | www.trueholiday21.com | info.trueholiday21@gmail.com | info.trueholiday21@gmail.com | info.trueholiday21@gmail.com |
| Lam | Nguyen | ggs13.onshopbase.com | ggs13.onshopbase.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@bonzstore.com |
| Vicky | Vu | usateecollection.onshopbase.com | www.pinkyte.site | vickyvustylist@gmail.com | vickyvustylist@gmail.com | ms.minchu1@gmail.com |
| Lam | Nguyen | pushfully.onshopbase.com | pushfully.onshopbase.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@bashfury.com |
| Lam | Nguyen | deploina.onshopbase.com | www.deploina.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@deploina.com |
| Lam | Nguyen | leruitry-com.onshopbase.com | www.leruitry.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@leruitry.com |
| Macy | Daugherty | erfourse.onshopbase.com | www.erfourse.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@erfourse.com |
| Macy | Daugherty | wysdman.onshopbase.com | www.wysdman.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@wysdman.com |
| Macy | Daugherty | sporcepa.onshopbase.com | www.sporcepa.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@sporcepa.com |
| Macy | Daugherty | univeme.onshopbase.com | univeme.onshopbase.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@univeme.com |
| Lam | Nguyen | wisdota-com.onshopbase.com | wisdota-com.onshopbase.com | chunzhuzhu123@gmail.com | chunzhuzhu123@gmail.com | support@wisdota.com |
| Macy | Daugherty | zaktez-com.onshopbase.com | www.zaktez.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@zaktez.com |
| Macy | Daugherty | ascenpo.onshopbase.com | www.ascenpo.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@ascenpo.com |
| Macy | Daugherty | encedire.onshopbase.com | www.encedire.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@encedire.com |
| Macy | Daugherty | gerlati.onshopbase.com | www.gerlati.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@gerlati.com |
| Macy | Daugherty | hordero.onshopbase.com | hordero.onshopbase.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@hordero.com |
| Vicky | Vu | zzbike.onshopbase.com | www.shopmarian.site | vickyvustylist@gmail.com | vickyvustylist@gmail.com | support@shopmarian.site |
| Khoa | Nguyen | evatiamo.onshopbase.com | www.evatiamo.com | contact.evatiamo@gmail.com | contact.evatiamo@gmail.com | contact.evatiamo@gmail.com |
| Macy | Daugherty | tonewavi.onshopbase.com | www.tonewavi.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@tonewavi.com |
| Macy | Daugherty | ciansfin.onshopbase.com | www.ciansfin.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@ciansfin.com |
| Macy | Daugherty | greydard.onshopbase.com | www.greydard.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@greydard.com |
| Macy | Daugherty | implaker.onshopbase.com | www.implaker.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@implaker.com |
| Macy | Daugherty | sublacti.onshopbase.com | www.sublacti.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@sublacti.com |
| Macy | Daugherty | broweboy.onshopbase.com | broweboy.onshopbase.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@broweboy.com |
| Macy | Daugherty | btrone.onshopbase.com | btrone.onshopbase.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@btrone.com |
| Macy | Daugherty | sysnesty.onshopbase.com | sysnesty.onshopbase.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@sysnesty.com |
| Macy | Daugherty | quantzar.onshopbase.com | quantzar.onshopbase.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@quantzar.com |
| Macy | Daugherty | scansimo.onshopbase.com | www.scansimo.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@scansimo.com |
| Macy | Daugherty | stipede.onshopbase.com | www.stipede.com | aquacozy.com@gmail.com | aquacozy.com@gmail.com | support@stipede.com |
| Joslyn | Clow | mulinger.onshopbase.com | mulinger.onshopbase.com | lionbreak.com@gmail.com | lionbreak.com@gmail.com | support@mulinger.com |
| Dương | Bình | astrohuman.onshopbase.com | astrohuman.onshopbase.com | duongbinh.mt94@gmail.com | duongbinh.mt94@gmail.com | support@printdol.com |
| Hoang | Nguyen | mcro.onshopbase.com | www.artsyshome.com | hosocorp2019@gmail.com | hosocorp2019@gmail.com | contact@artsyhouses.com |
| Minas | John | minastee-online.onshopbase.com | www.minastee.online | truongnv2806@gmail.com | truongnv2806@gmail.com | support@minastee.online |
| Joslyn | Clow | flossibi.onshopbase.com | www.flossibi.com | lionbreak.com@gmail.com | lionbreak.com@gmail.com | support@flossibi.com |
| Ryan | Lin | graphicfans.onshopbase.com | www.graphicfans.com | getteesshirts@gmail.com | getteesshirts@gmail.com | sale@graphicfans.com |
| Nguyễn | Trường | uniquetest.onshopbase.com | www.uniqueteesshop.com | cafebuibmt@gmail.com | support@uniqueteestore.com | support@uniqueteestore.com |
| Azcozy | Hubs | azcozy-hubs.onshopbase.com | www.azcozyhubs.com | azcozyhubs@gmail.com | azcozyhubs@gmail.com | azcozyhubs@gmail.com |
| Comfy | Hubs | comfy-hubs.onshopbase.com | www.comfyhubs.com | comfyhubs@gmail.com | comfyhubs@gmail.com | comfyhubs@gmail.com |
| Anh | Le Quoc | 1click.onshopbase.com | 1click.onshopbase.com | anhlq.evnit@gmail.com | anhlq.evnit@gmail.com | anhlq.evnit@gmail.com |
| Trung | Đỗ | holohor1.onshopbase.com | holohor1.onshopbase.com | nguyentrungmeo1233@gmail.com | nguyentrungmeo1233@gmail.com | Support@holohor.com |
| Đạt | Nguyễn | chxhcnvn.onshopbase.com | chxhcnvn.onshopbase.com | kayleescott322@gmail.com | kayleescott322@gmail.com | kayleescott322@gmail.com |

1

2

| address | address2 | city | province | zip | country | paypal_client_id |
|---|---|---|---|---|---|---|
| Thanh xuan bac | | Thanh xuan bac | | hanoi | VN | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | AVv4wo2KE0eBF_FOcSb0vWjQGtZCYapir6iEfuCwRUY7z6BlXHdLoBQgYPuoLBnQ-gTbUOwGPH_f-BNi |
| | | | | | | AWHfcTXEMUZAqgGzgRlNjSrXI6B8jkKPPZUIPKJvvED_vnMnWLmWIFowFbwgo6_ghimVfpod7mZN6buQ |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | Ad_SNi-x9g4Ivtj0JOpSnNjSliIJWM6ts8kSYY35pdBtac-EyVk1yLIg3jNCL9BnJH93BNr_rsdOtxNM |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | |
| | | | | | | AeihtZOAh8U2Q50GQ3A3WpQgfZQHs1lDMIMqallyfDhMCFuTkrqaKxYZ9cK3cQ96XWTGzTf8RHdImfGl |
| | | | | | | AQq68CCpKFmcR4w5jsGAAtMF2atyIOKph282j2g6J0hlMe_2LYHc6fRjg3CxOD3Ux7xXZwxIIiU1qlXR |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | |
| | | | | | | AZzgVYs2j2IPletcY0pys-OKouHYQZTcpsluSW-6nBy7crfegutYMpr7fhrWpQkscNbQq2xZ_x6d4m0P |
| | | | | | | |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA |
| | | | | | | AcD4U8gcl2HU-chdSDPgEiwFAMtL_-1nM7ntcCt6HvQrSns4GwTUO4Xvl_b4Q850Xd2q_eHmkgST0Tms |
| | | | | | | ASdSGTnQn0a1ko-U16jVOZn7J5s3MK2lF-Xbkh-TE-MbjoQGfb5vJTJhewK-QgNh_mFRZatvl5_TFFQJ |
| | | | | | | AVyjvwq-nvLJKaQyOUAbW5qC37VV5MYJm84hls5RYtpz69tszhT2vqcRUgrH3RUpCHRY3Vhs0FvodcZp |
| | | | | | | Af-VG8xiiq5ukRVuFzij2aIS89DBMB7TtOfS8QMB1052qiCqqnSPvKaNYkClF8bds29bD4u7RecriY75 |
| | | | | | | AVQhW6xp4tk5gyV_sukaa2j2qLHCKnaShPbXdS2DDn_YnqLqw6uOQO_u_OmW20z61ywId6r_wxGfVybC |

store_owners_2

| first_name | last_name | store_username | public_domain | user | store_email | support_email | address | address2 | city | province | zip | country | paypal_client_id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trung Nguyen | Nguyen | 8teenth-world.onshopbase.com | www.sixteenthworld.com | julian.graheme@gmail.com | phamlong1185@gmail.com | support@sixteenthworld.com | | | | | | | AVLU1tQSqMXW5uuZif3-pcy1JMoKTd49RUK6qJVcneo80BBKPhoniqqi8n46ensX6ZzEipkaJJIhGkls |
| Nguyễn | Sơn | shinezily.onshopbase.com | www.shinezily.com | support@shinezily.com | support@shinezily.com | support@shinezily.com | | | | | | | AaUzJAR7yoK1vlv8C9EyqZ_w4ZsnitFKG7LxL9rxnnLxkL3R1xU8nziZSbLrjtfr01vfAdmd0gleY0EV |
| Santino | Bruen | cozzian.onshopbase.com | www.cozzian.net | annaandmary.com@gmail.com | lionbreak.com@gmail.com | support@strantie.com | | | | | | | |
| Trung | Đỗ | palmyhomey.onshopbase.com | palmyhomey.com | nguyentrungmeo1233@gmail.com | nguyentrungmeo1233@gmail.com | nguyentrungmeo1233@gmail.com | | | | | | | |
| Trung | Đỗ | richleen.onshopbase.com | richleen.com | nguyentrungmeo1233@gmail.com | nguyentrungmeo1233@gmail.com | nguyentrungmeo1233@gmail.com | | | | | | | |