# EXHIBIT B

store_owner_ips

| ip_address | user |
| --- | --- |
| 2402:9d80:209:3c3f:f410:fc7c:c372:6e7c | phanthienha.printable@hotmail.com |
| 253.100.236.248 | phanthienha.printable@hotmail.com |
| 42.115.206.98 | phanthienha.printable@hotmail.com |
| 248.194.252.33 | phanthienha.printable@hotmail.com |
| 2402:800:4145:907a:2531:ed81:9ca4:5cb8 | phanthienha.printable@hotmail.com |
| 171.236.57.110 | phanthienha.printable@hotmail.com |
| 2402:9d80:20f:de9b:dc11:d697:827c:e9ed | phanthienha.printable@hotmail.com |
| 1.55.239.206 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:233d:71a8:a1a4:83fd:52ad | phanthienha.printable@hotmail.com |
| 249.36.168.54 | phanthienha.printable@hotmail.com |
| 171.229.231.246 | phanthienha.printable@hotmail.com |
| 180.93.5.240 | phanthienha.printable@hotmail.com |
| 42.112.195.106 | phanthienha.printable@hotmail.com |
| 196.196.47.123 | phanthienha.printable@hotmail.com |
| 2405:4800:1496:fe81:e028:2fa8:36fe:96ad | phanthienha.printable@hotmail.com |
| 69.162.99.70 | phanthienha.printable@hotmail.com |
| 2402:800:411e:7dca:5527:e19f:cddd:2e9e | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567 | phanthienha.printable@hotmail.com |
| 27.76.164.238 | phanthienha.printable@hotmail.com |
| 245.60.194.130 | phanthienha.printable@hotmail.com |
| 123.16.230.91 | phanthienha.printable@hotmail.com |
| 240.92.114.117 | phanthienha.printable@hotmail.com |
| 27.76.200.185 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:aaa3:45e6:3f8c:2d1c:982a | phanthienha.printable@hotmail.com |
| 2405:4800:12ee:c81f:2540:c7e1:5abe:bd47 | phanthienha.printable@hotmail.com |
| 113.161.70.122 | phanthienha.printable@hotmail.com |
| 2402:800:415a:3623:b16e:a72f:187b:1ed1 | phanthienha.printable@hotmail.com |
| 14.232.245.169 | phanthienha.printable@hotmail.com |
| 248.44.207.41 | phanthienha.printable@hotmail.com |

| 66.42.72.247 | phanthienha.printable@hotmail.com |
| 42.112.148.49 | phanthienha.printable@hotmail.com |
| 2402:9d80:229:513d:fdf3:f773:dc5d:3e53 | phanthienha.printable@hotmail.com |
| 246.118.124.30 | phanthienha.printable@hotmail.com |
| 2402:9d80:213:f992:f968:974b:7dcb:2a0a | phanthienha.printable@hotmail.com |
| 118.71.156.123 | phanthienha.printable@hotmail.com |
| 248.181.89.158 | phanthienha.printable@hotmail.com |
| 2402:9d80:22c:6c86:28ac:13dc:bcc2:5647 | phanthienha.printable@hotmail.com |
| 117.0.202.92 | phanthienha.printable@hotmail.com |
| 250.154.142.11 | phanthienha.printable@hotmail.com |
| 2402:800:4184:bbf1:e56d:5db2:de1b:116b | phanthienha.printable@hotmail.com |
| 182.16.103.155 | phanthienha.printable@hotmail.com |
| 1.54.194.157 | phanthienha.printable@hotmail.com |
| 2402:800:4131:79f1:e9e1:8621:a105:e2c0 | phanthienha.printable@hotmail.com |
| 2402:800:416c:f502:8c8b:b3b5:62e:b936 | phanthienha.printable@hotmail.com |
| 42.118.49.4 | phanthienha.printable@hotmail.com |
| 243.76.197.241 | phanthienha.printable@hotmail.com |
| 2402:800:415c:3712:686f:9e50:82a4:f46a | phanthienha.printable@hotmail.com |
| 2402:9d80:248:4432:689c:42a6:803b:263 | phanthienha.printable@hotmail.com |
| 251.68.195.244 | phanthienha.printable@hotmail.com |
| 171.236.118.159 | phanthienha.printable@hotmail.com |
| 247.246.15.196 | phanthienha.printable@hotmail.com |
| 2402:800:4168:6f5e:95e3:e5a5:b256:2f34 | phanthienha.printable@hotmail.com |
| 2402:9d80:229:b1f7:e5be:4891:6368:accf | phanthienha.printable@hotmail.com |
| 243.10.252.144 | phanthienha.printable@hotmail.com |
| 2402:800:4176:84fc:f16e:652:9bc6:3e0e | phanthienha.printable@hotmail.com |
| 171.229.210.60 | phanthienha.printable@hotmail.com |
| 180.93.4.144 | phanthienha.printable@hotmail.com |
| 2402:800:4169:e270:8ded:954b:b985:56fc | phanthienha.printable@hotmail.com |
| 37.120.147.94 | phanthienha.printable@hotmail.com |
| 253.190.111.160 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:60f9:fc53:961f:3a88:6b0d | phanthienha.printable@hotmail.com |

| | |
|---|---|
| 2402:800:416d:7fbc:b5eb:b6c7:58bd:5475 | phanthienha.printable@hotmail.com |
| 241.118.203.90 | phanthienha.printable@hotmail.com |
| 2405:4800:2b6e:d099:68ef:126b:da94:1be8 | phanthienha.printable@hotmail.com |
| 82.102.30.46 | phanthienha.printable@hotmail.com |
| 183.81.85.160 | phanthienha.printable@hotmail.com |
| 2402:9d80:229:85ec:d88d:c13c:161c:bbbf | phanthienha.printable@hotmail.com |
| 183.81.93.162 | phanthienha.printable@hotmail.com |
| 14.177.253.70 | phanthienha.printable@hotmail.com |
| 42.118.118.220 | phanthienha.printable@hotmail.com |
| 42.112.252.198 | phanthienha.printable@hotmail.com |
| 255.28.93.182 | phanthienha.printable@hotmail.com |
| 42.114.242.149 | phanthienha.printable@hotmail.com |
| 2402:9d80:211:8ebc:3574:9db4:1496:f3f | phanthienha.printable@hotmail.com |
| 247.81.19.30 | phanthienha.printable@hotmail.com |
| 2402:800:412d:d079:b530:8ee9:a0d:6263 | phanthienha.printable@hotmail.com |
| 59.153.252.39 | phanthienha.printable@hotmail.com |
| 243.159.14.163 | phanthienha.printable@hotmail.com |
| 2402:800:412f:a5d2:513b:10c3:b3f5:cf7b | phanthienha.printable@hotmail.com |
| 2402:9d80:226:26be:7939:bb9c:1553:2808 | phanthienha.printable@hotmail.com |
| 183.81.75.219 | phanthienha.printable@hotmail.com |
| 183.81.122.18 | phanthienha.printable@hotmail.com |
| 59.153.255.146 | phanthienha.printable@hotmail.com |
| 240.152.126.228 | phanthienha.printable@hotmail.com |
| 118.71.192.172 | phanthienha.printable@hotmail.com |
| 27.76.207.211 | phanthienha.printable@hotmail.com |
| 244.86.16.105 | phanthienha.printable@hotmail.com |
| 2402:9d80:20c:49d2:8d99:be0a:e047:1b43 | phanthienha.printable@hotmail.com |
| 117.5.216.65 | phanthienha.printable@hotmail.com |
| 27.76.200.192 | phanthienha.printable@hotmail.com |
| 14.231.159.56 | phanthienha.printable@hotmail.com |
| 2402:9d80:226:bada:5029:8cd9:530c:554 | phanthienha.printable@hotmail.com |
| 1.55.108.72 | phanthienha.printable@hotmail.com |

| | |
|---|---|
| 171.253.56.211 | phanthienha.printable@hotmail.com |
| 1.54.193.107 | phanthienha.printable@hotmail.com |
| 241.252.196.160 | phanthienha.printable@hotmail.com |
| 2402:800:61ae:b708:2141:b986:3c27:e5ac | phanthienha.printable@hotmail.com |
| 2405:4800:149f:181d:b0d7:2d:f433:dedf | phanthienha.printable@hotmail.com |
| 158.222.6.222 | phanthienha.printable@hotmail.com |
| 2402:800:4142:60b3:715b:92f0:1ca6:ff1d | phanthienha.printable@hotmail.com |
| 117.0.199.252 | phanthienha.printable@hotmail.com |
| 247.21.167.52 | phanthienha.printable@hotmail.com |
| 117.0.205.208 | phanthienha.printable@hotmail.com |
| 2405:4800:12ef:775:e439:26b5:7243:1f07 | phanthienha.printable@hotmail.com |
| 253.94.118.159 | phanthienha.printable@hotmail.com |
| 2402:800:416b:87f8:1c76:ce78:f1b0:2c54 | phanthienha.printable@hotmail.com |
| 123.28.102.233 | phanthienha.printable@hotmail.com |
| 241.184.12.6 | phanthienha.printable@hotmail.com |
| 2402:800:4146:cdc5:343d:a658:e982:f7ae | phanthienha.printable@hotmail.com |
| 222.252.118.16 | phanthienha.printable@hotmail.com |
| 1.55.239.203 | phanthienha.printable@hotmail.com |
| 31.13.189.92 | phanthienha.printable@hotmail.com |
| 2402:800:416f:b450:7c52:4e8:d3d:9ca1 | phanthienha.printable@hotmail.com |
| 242.232.205.252 | phanthienha.printable@hotmail.com |
| 117.5.219.168 | phanthienha.printable@hotmail.com |
| 1.54.200.198 | phanthienha.printable@hotmail.com |
| 241.2.65.5 | phanthienha.printable@hotmail.com |
| 2402:800:411d:8425:e92f:d6f5:6a89:70dc | phanthienha.printable@hotmail.com |
| 171.229.209.8 | phanthienha.printable@hotmail.com |
| 241.134.14.51 | phanthienha.printable@hotmail.com |
| 171.255.125.98 | phanthienha.printable@hotmail.com |
| 180.93.17.227 | phanthienha.printable@hotmail.com |
| 245.208.8.236 | phanthienha.printable@hotmail.com |
| 2405:4800:149e:c1a3:60e6:33a1:833b:6080 | phanthienha.printable@hotmail.com |
| 174.34.184.130 | phanthienha.printable@hotmail.com |

| | |
|---|---|
| 95.179.197.58 | phanthienha.printable@hotmail.com |
| 183.81.97.152 | phanthienha.printable@hotmail.com |
| 2405:4800:12ef:775:9513:887c:8841:d63c | phanthienha.printable@hotmail.com |
| 222.252.21.53 | phanthienha.printable@hotmail.com |
| 2402:9d80:224:628f:4153:9894:78be:725c | phanthienha.printable@hotmail.com |
| 2402:800:412f:9b9:f85a:27e2:5d0b:d288 | phanthienha.printable@hotmail.com |
| 2402:9d80:22b:eeeb:57d:d427:fe8c:580c | phanthienha.printable@hotmail.com |
| 2402:800:416b:6577:3dd9:7785:aac5:3a97 | phanthienha.printable@hotmail.com |
| 171.229.215.190 | phanthienha.printable@hotmail.com |
| 240.111.207.101 | phanthienha.printable@hotmail.com |
| 2402:800:4133:2c8c:19d2:3307:71f6:af05 | phanthienha.printable@hotmail.com |
| 118.71.192.47 | phanthienha.printable@hotmail.com |
| 42.115.206.204 | phanthienha.printable@hotmail.com |
| 1.55.109.229 | phanthienha.printable@hotmail.com |
| 2001:ee0:4161:363c:2076:4953:72c6:6290 | phanthienha.printable@hotmail.com |
| 251.172.219.18 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:b0ec:b5be:dfd1:ff92:2e59 | phanthienha.printable@hotmail.com |
| 117.0.193.232 | phanthienha.printable@hotmail.com |
| 2402:800:4143:cdb3:64d8:3225:442c:b812 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:aaa3:f4ac:5d6e:51f9:7118 | phanthienha.printable@hotmail.com |
| 2405:4800:148e:eb01:d9fd:abf4:537e:dd78 | phanthienha.printable@hotmail.com |
| 117.0.196.29 | phanthienha.printable@hotmail.com |
| 2001:ee0:4161:f914:a9c6:9e09:19be:f466 | phanthienha.printable@hotmail.com |
| 123.16.230.240 | phanthienha.printable@hotmail.com |
| 2402:800:4176:29e5:613c:f1b5:5586:214e | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:aaa3:fc7c:4040:c8a0:ad05 | phanthienha.printable@hotmail.com |
| 171.229.253.217 | phanthienha.printable@hotmail.com |
| 242.85.221.27 | phanthienha.printable@hotmail.com |
| 119.110.246.4 | phanthienha.printable@hotmail.com |
| 2402:800:412d:f118:2947:8bfe:8808:55e2 | phanthienha.printable@hotmail.com |
| 2402:800:61ae:b767:3df2:8371:fca3:3733 | phanthienha.printable@hotmail.com |
| 27.67.34.236 | phanthienha.printable@hotmail.com |

| | |
|---|---|
| 222.252.21.23 | phanthienha.printable@hotmail.com |
| 242.193.62.125 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:233d:2944:5637:8bcd:bf30 | phanthienha.printable@hotmail.com |
| 1.54.194.67 | phanthienha.printable@hotmail.com |
| 2402:800:4137:5841:d872:e628:cc9:95f2 | phanthienha.printable@hotmail.com |
| 73.112.84.123 | phanthienha.printable@hotmail.com |
| 58.187.67.72 | phanthienha.printable@hotmail.com |
| 245.28.250.110 | phanthienha.printable@hotmail.com |
| 2402:800:4176:bd10:9d1:6f70:7186:5109 | phanthienha.printable@hotmail.com |
| 2402:800:418a:c719:4401:392e:ba73:92a5 | phanthienha.printable@hotmail.com |
| 2402:9d80:219:559f:2d84:b79a:9678:dadd | phanthienha.printable@hotmail.com |
| 27.67.176.147 | phanthienha.printable@hotmail.com |
| 42.118.1.41 | phanthienha.printable@hotmail.com |
| 247.247.95.226 | phanthienha.printable@hotmail.com |
| 118.71.196.78 | phanthienha.printable@hotmail.com |
| 2402:800:61ae:961f:7dc1:d5:89:fc7 | phanthienha.printable@hotmail.com |
| 123.16.156.186 | phanthienha.printable@hotmail.com |
| 118.70.68.175 | phanthienha.printable@hotmail.com |
| 2402:9d80:247:65f6:7478:ef3e:43a4:96e3 | phanthienha.printable@hotmail.com |
| 118.71.51.172 | phanthienha.printable@hotmail.com |
| 2402:800:4123:a1f5:3820:c025:bac5:191b | phanthienha.printable@hotmail.com |
| 2402:800:61ae:98c7:c5e3:7553:12b2:855e | phanthienha.printable@hotmail.com |
| 2402:800:4190:cc3b:70fa:364b:8fbe:20a7 | phanthienha.printable@hotmail.com |
| 2402:800:4120:4ff8:9d69:65a4:e68c:5dbc | phanthienha.printable@hotmail.com |
| 123.24.177.36 | phanthienha.printable@hotmail.com |
| 249.225.14.18 | phanthienha.printable@hotmail.com |
| 2001:ee0:4141:233d:e908:e1c1:a4ca:1646 | phanthienha.printable@hotmail.com |
| 2402:800:4184:886f:a071:ea25:4fb4:6ec2 | phanthienha.printable@hotmail.com |
| 92.38.148.54 | phanthienha.printable@hotmail.com |
| 118.70.42.129 | phanthienha.printable@hotmail.com |
| 2402:9d80:246:a76d:b50b:5156:4f36:fcec | phanthienha.printable@hotmail.com |
| 253.38.127.140 | phanthienha.printable@hotmail.com |

| | |
|---|---|
| 14.232.245.211 | phanthienha.printable@hotmail.com |
| 172.246.117.2 | phanthienha.printable@hotmail.com |
| 104.156.249.7 | phanthienha.printable@hotmail.com |
| 118.68.165.80 | phanthienha.printable@hotmail.com |
| 155.94.147.229 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:79d6:30cd:8086:efa8:48d6 | chunzhuzhu123@gmail.com |
| 42.115.206.204 | chunzhuzhu123@gmail.com |
| 155.94.147.199 | chunzhuzhu123@gmail.com |
| 2405:4800:1745:5df:313b:be0f:62be:c47a | chunzhuzhu123@gmail.com |
| 2402:800:417c:2fb1:96:e4f:e1f:86cb | chunzhuzhu123@gmail.com |
| 158.222.6.129 | chunzhuzhu123@gmail.com |
| 14.231.159.56 | chunzhuzhu123@gmail.com |
| 92.38.148.54 | chunzhuzhu123@gmail.com |
| 103.207.36.120 | chunzhuzhu123@gmail.com |
| 27.67.23.13 | chunzhuzhu123@gmail.com |
| 27.76.200.185 | chunzhuzhu123@gmail.com |
| 251.155.162.200 | chunzhuzhu123@gmail.com |
| 14.231.198.49 | chunzhuzhu123@gmail.com |
| 2402:800:411e:7dca:5527:e19f:cddd:2e9e | chunzhuzhu123@gmail.com |
| 14.177.253.70 | chunzhuzhu123@gmail.com |
| 27.67.189.136 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:6c4f:a47e:326:616e:91ab | chunzhuzhu123@gmail.com |
| 247.232.235.158 | chunzhuzhu123@gmail.com |
| 2001:ee0:4001:c66a:9cb5:bc51:5a20:a9e3 | chunzhuzhu123@gmail.com |
| 67.220.183.10 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:6c4f:60bf:f3a3:439f:ef86 | chunzhuzhu123@gmail.com |
| 244.86.16.105 | chunzhuzhu123@gmail.com |
| 2001:ee0:4001:c66a:ed85:97b:62ed:a229 | chunzhuzhu123@gmail.com |
| 2402:800:412d:d079:b530:8ee9:a0d:6263 | chunzhuzhu123@gmail.com |
| 158.222.6.222 | chunzhuzhu123@gmail.com |
| 171.255.65.42 | chunzhuzhu123@gmail.com |
| 195.206.104.106 | chunzhuzhu123@gmail.com |

| | |
|---|---|
| 27.67.5.49 | chunzhuzhu123@gmail.com |
| 183.81.97.152 | chunzhuzhu123@gmail.com |
| 2402:800:4142:60b3:715b:92f0:1ca6:ff1d | chunzhuzhu123@gmail.com |
| 117.0.193.232 | chunzhuzhu123@gmail.com |
| 27.67.35.195 | chunzhuzhu123@gmail.com |
| 2402:800:416b:87f8:1c76:ce78:f1b0:2c54 | chunzhuzhu123@gmail.com |
| 1.55.239.203 | chunzhuzhu123@gmail.com |
| 118.70.68.222 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:6c4f:1c08:882e:e9d8:d0e7 | chunzhuzhu123@gmail.com |
| 180.93.4.144 | chunzhuzhu123@gmail.com |
| 2001:ee0:4001:c66a:412f:1610:91a8:ae14 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:6c4f:9979:8aa:f44c:3176 | chunzhuzhu123@gmail.com |
| 247.247.95.226 | chunzhuzhu123@gmail.com |
| 27.67.133.188 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:6c4f:b806:b114:1552:4ed2 | chunzhuzhu123@gmail.com |
| 113.23.42.201 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:aaa3:346a:ab2a:cbff:ced2 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:b39b:fdce:e887:d36f:d3a5 | chunzhuzhu123@gmail.com |
| 242.242.65.255 | chunzhuzhu123@gmail.com |
| 2001:ee0:4001:c66a:59c2:48b6:d407:96dd | chunzhuzhu123@gmail.com |
| 2402:800:4186:f4e9:68b2:e73f:3119:6054 | chunzhuzhu123@gmail.com |
| 196.196.47.138 | chunzhuzhu123@gmail.com |
| 171.236.57.186 | chunzhuzhu123@gmail.com |
| 14.232.245.169 | chunzhuzhu123@gmail.com |
| 2405:4800:149e:c1a3:60e6:33a1:833b:6080 | chunzhuzhu123@gmail.com |
| 250.154.142.11 | chunzhuzhu123@gmail.com |
| 27.66.142.119 | chunzhuzhu123@gmail.com |
| 42.116.165.226 | chunzhuzhu123@gmail.com |
| 2405:4800:149e:c1a3:4cd:be4:d1b7:c0e0 | chunzhuzhu123@gmail.com |
| 250.39.22.124 | chunzhuzhu123@gmail.com |
| 118.70.68.175 | chunzhuzhu123@gmail.com |
| 42.118.7.17 | chunzhuzhu123@gmail.com |

| | |
|---|---|
| 2402:9d80:224:628f:4153:9894:78be:725c | chunzhuzhu123@gmail.com |
| 253.190.111.160 | chunzhuzhu123@gmail.com |
| 118.68.165.80 | chunzhuzhu123@gmail.com |
| 42.118.11.248 | chunzhuzhu123@gmail.com |
| 27.67.136.9 | chunzhuzhu123@gmail.com |
| 113.23.43.53 | chunzhuzhu123@gmail.com |
| 171.236.57.110 | chunzhuzhu123@gmail.com |
| 2402:9d80:22a:fc66:c59b:cb28:ea34:6b00 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:b0ec:5983:4d2d:b9:747d | chunzhuzhu123@gmail.com |
| 244.66.66.95 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:aaa3:f83a:bca3:9559:6851 | chunzhuzhu123@gmail.com |
| 59.153.252.39 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:233d:2944:5637:8bcd:bf30 | chunzhuzhu123@gmail.com |
| 2402:800:416a:581b:61de:93b2:5055:ed1b | chunzhuzhu123@gmail.com |
| 2402:800:416f:a9e3:60ab:626f:b28a:994c | chunzhuzhu123@gmail.com |
| 2402:9d80:246:da23:b1ee:882a:af75:9a4e | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:233d:a96b:1513:4091:7452 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:172c:d83a:b6c7:924c:4572 | chunzhuzhu123@gmail.com |
| 180.93.5.240 | chunzhuzhu123@gmail.com |
| 117.0.199.252 | chunzhuzhu123@gmail.com |
| 2405:4800:1496:fe81:e028:2fa8:36fe:96ad | chunzhuzhu123@gmail.com |
| 2402:800:416a:581b:518f:d48:f432:8e90 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567 | chunzhuzhu123@gmail.com |
| 182.16.103.155 | chunzhuzhu123@gmail.com |
| 123.16.230.91 | chunzhuzhu123@gmail.com |
| 2402:800:4144:29a7:d92e:a42d:1163:ceb9 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:aaa3:1184:9382:8cd5:18fd | chunzhuzhu123@gmail.com |
| 118.71.192.47 | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:376:f0b1:3016:5d8f:4d91 | chunzhuzhu123@gmail.com |
| 2402:9d80:22b:eeeb:57d:d427:fe8c:580c | chunzhuzhu123@gmail.com |
| 118.70.42.129 | chunzhuzhu123@gmail.com |
| 2402:800:61ae:98c7:bdec:f412:5c67:e3a0 | chunzhuzhu123@gmail.com |

| | |
|---|---|
| 27.72.29.78 | chunzhuzhu123@gmail.com |
| 2402:9d80:22d:5d16:447a:f557:924a:ffd | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:aaa3:c441:b652:5083:f793 | chunzhuzhu123@gmail.com |
| 248.181.89.158 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:60f9:b55c:f46:2372:a1fc | chunzhuzhu123@gmail.com |
| 2001:ee0:4161:6c4f:974:fbbb:fa94:e379 | chunzhuzhu123@gmail.com |
| 2001:ee0:4141:214c:f4f7:7c6a:d8ec:ef62 | chunzhuzhu123@gmail.com |
| 212.103.48.99 | chunzhuzhu123@gmail.com |
| 2402:800:4182:4a04:51b4:c82e:1c96:8a66 | chunzhuzhu123@gmail.com |
| 2402:800:61ae:b767:3df2:8371:fca3:3733 | chunzhuzhu123@gmail.com |
| 254.93.81.35 | chunzhuzhu123@gmail.com |
| 14.232.245.211 | chunzhuzhu123@gmail.com |
| 59.153.253.40 | chunzhuzhu123@gmail.com |
| 247.246.15.196 | chunzhuzhu123@gmail.com |
| 2405:4800:1745:5df:a4eb:8685:b423:f859 | chunzhuzhu123@gmail.com |
| 222.252.21.23 | chunzhuzhu123@gmail.com |
| 113.161.32.135 | anhsabmt@gmail.com |
| 42.118.242.221 | anhsabmt@gmail.com |
| 2001:ee0:4da9:8960:7c30:34a7:8abe:5bec | anhsabmt@gmail.com |
| 171.247.166.86 | anhsabmt@gmail.com |
| 171.247.150.200 | anhsabmt@gmail.com |
| 113.170.219.135 | anhsabmt@gmail.com |
| 8.12.18.184 | anhsabmt@gmail.com |
| 2402:800:631c:4f7a:7cc8:6184:5101:466e | anhsabmt@gmail.com |
| 149.28.155.162 | anhsabmt@gmail.com |
| 171.247.146.33 | anhsabmt@gmail.com |
| 171.247.159.242 | anhsabmt@gmail.com |
| 45.63.92.215 | anhsabmt@gmail.com |
| 139.180.209.151 | anhsabmt@gmail.com |
| 171.235.165.90 | anhsabmt@gmail.com |
| 171.226.44.71 | anhsabmt@gmail.com |
| 125.234.114.174 | anhsabmt@gmail.com |

| | |
|---|---|
| 27.74.10.86 | anhsabmt@gmail.com |
| 171.236.210.152 | anhsabmt@gmail.com |
| 113.176.210.133 | anhsabmt@gmail.com |
| 171.247.184.124 | anhsabmt@gmail.com |
| 171.247.156.88 | anhsabmt@gmail.com |
| 171.253.138.203 | anhsabmt@gmail.com |
| 171.236.213.95 | anhsabmt@gmail.com |
| 171.236.245.250 | anhsabmt@gmail.com |
| 171.253.22.231 | anhsabmt@gmail.com |
| 203.205.29.220 | anhsabmt@gmail.com |
| 95.179.184.113 | anhsabmt@gmail.com |
| 171.253.178.250 | anhsabmt@gmail.com |
| 171.236.209.100 | anhsabmt@gmail.com |
| 113.165.167.192 | anhsabmt@gmail.com |
| 171.247.176.109 | anhsabmt@gmail.com |
| 14.226.252.174 | ninhvietngoc@gmail.com |
| 103.199.37.227 | ninhvietngoc@gmail.com |
| 5.62.58.239 | ninhvietngoc@gmail.com |
| 5.62.59.85 | ninhvietngoc@gmail.com |
| 14.226.233.145 | ninhvietngoc@gmail.com |
| 5.62.57.106 | ninhvietngoc@gmail.com |
| 14.226.252.12 | ninhvietngoc@gmail.com |
| 5.62.59.86 | ninhvietngoc@gmail.com |
| 14.226.233.203 | ninhvietngoc@gmail.com |
| 116.100.196.21 | ninhvietngoc@gmail.com |
| 14.226.252.20 | ninhvietngoc@gmail.com |
| 2402:800:6349:32e8:5580:636a:ae9b:8f4f | ninhvietngoc@gmail.com |
| 14.226.233.192 | ninhvietngoc@gmail.com |
| 27.64.204.141 | toanntq@gmail.com |
| 171.250.4.203 | toanntq@gmail.com |
| 27.64.193.141 | toanntq@gmail.com |
| 115.73.65.144 | toanntq@gmail.com |

| | |
|---|---|
| 171.226.226.116 | toanntq@gmail.com |
| 103.9.76.220 | toanntq@gmail.com |
| 2402:800:6232:15c9:a168:576c:1bed:1e5a | vtkteam2019@gmail.com |
| 115.74.17.8 | vtkteam2019@gmail.com |
| 2402:800:6232:5063:83b:b218:3adc:4a34 | vtkteam2019@gmail.com |
| 115.74.36.98 | vtkteam2019@gmail.com |
| 171.232.64.213 | vtkteam2019@gmail.com |
| 2402:800:6232:e633:159f:84c5:b8d2:c5bf | vtkteam2019@gmail.com |
| 171.232.50.74 | vtkteam2019@gmail.com |
| 171.239.142.59 | vtkteam2019@gmail.com |
| 115.78.11.64 | vtkteam2019@gmail.com |
| 2402:800:6232:9aea:2017:1a65:e805:28b4 | vtkteam2019@gmail.com |
| 2402:800:6232:9aea:9dd:d31d:3a4c:bc56 | vtkteam2019@gmail.com |
| 2402:800:6232:9aea:c567:f128:87b7:93da | vtkteam2019@gmail.com |
| 27.79.69.182 | vtkteam2019@gmail.com |
| 2402:800:6232:b6ab:b435:babb:1e59:a27b | vtkteam2019@gmail.com |
| 27.78.223.45 | vtkteam2019@gmail.com |
| 27.75.104.166 | vtkteam2019@gmail.com |
| 247.126.131.17 | vtkteam2019@gmail.com |
| 2402:800:6232:51aa:3df9:c699:feed:34cd | vtkteam2019@gmail.com |
| 2402:800:6232:51aa:291e:342:1c2:ce96 | vtkteam2019@gmail.com |
| 2402:800:6232:7a84:4043:e2e4:160e:3c77 | vtkteam2019@gmail.com |
| 27.78.216.129 | vtkteam2019@gmail.com |
| 2402:800:6232:77d0:10f8:497d:7561:9226 | vtkteam2019@gmail.com |
| 115.74.6.196 | vtkteam2019@gmail.com |
| 2402:800:6232:77d0:6534:8024:ccce:70ff | vtkteam2019@gmail.com |
| 2001:ee0:451f:3bc0:cc88:1b:caaf:95ce | vtkteam2019@gmail.com |
| 171.249.238.178 | vtkteam2019@gmail.com |
| 171.239.188.204 | vtkteam2019@gmail.com |
| 27.77.177.226 | nbteam2019@gmail.com |
| 2402:9d80:312:e617:1096:c719:bfa9:d24c | nbteam2019@gmail.com |
| 27.75.100.2 | nbteam2019@gmail.com |

| | |
|---|---|
| 2001:ee0:5773:4fe0:b56e:56e8:ec04:e6f8 | nbteam2019@gmail.com |
| 103.53.231.222 | nbteam2019@gmail.com |
| 118.68.96.206 | nbteam2019@gmail.com |
| 171.253.216.112 | nbteam2019@gmail.com |
| 42.119.101.70 | nbteam2019@gmail.com |
| 42.119.95.233 | nbteam2019@gmail.com |
| 171.253.222.101 | nbteam2019@gmail.com |
| 116.102.183.61 | nbteam2019@gmail.com |
| 27.64.137.125 | nbteam2019@gmail.com |
| 171.253.194.86 | nbteam2019@gmail.com |
| 118.68.201.158 | nbteam2019@gmail.com |
| 116.102.66.119 | nbteam2019@gmail.com |
| 115.72.228.35 | nbteam2019@gmail.com |
| 171.253.192.210 | nbteam2019@gmail.com |
| 171.253.220.237 | nbteam2019@gmail.com |
| 14.169.46.137 | nbteam2019@gmail.com |
| 116.102.181.175 | nbteam2019@gmail.com |
| 171.236.72.40 | nbteam2019@gmail.com |
| 171.236.72.179 | nbteam2019@gmail.com |
| 2402:800:6313:b9b5:445b:8fcd:b87b:7ae3 | nbteam2019@gmail.com |
| 27.77.191.196 | nbteam2019@gmail.com |
| 125.214.60.114 | ngminh_hai@taphuan.vn |
| 171.239.55.97 | ngminh_hai@taphuan.vn |
| 2402:800:6313:e34f:39a1:3138:9848:bb97 | ngminh_hai@taphuan.vn |
| 113.161.238.171 | ngminh_hai@taphuan.vn |
| 27.68.109.151 | ngminh_hai@taphuan.vn |
| 2402:800:639d:d434:ad6f:43ff:30c:7366 | ngminh_hai@taphuan.vn |
| 242.40.25.101 | iam7dum@gmail.com |
| 252.247.16.249 | iam7dum@gmail.com |
| 14.174.7.253 | iam7dum@gmail.com |
| 2001:ee0:4ba9:5d00:983c:5b84:4d48:ec79 | iam7dum@gmail.com |
| 2001:ee0:4ba9:5d00:b52c:4ead:7c0:42a6 | iam7dum@gmail.com |

| | |
|---|---|
| 2001:ee0:4ba9:5d00:2c7f:615e:d86d:e6b9 | iam7dum@gmail.com |
| 2001:ee0:4bab:6d0:158a:8e48:a2b6:2657 | iam7dum@gmail.com |
| 2001:ee0:4bac:7f50:a5c8:9f6b:e420:ab1e | iam7dum@gmail.com |
| 3.15.171.178 | iam7dum@gmail.com |
| 2605:e000:150e:d8:916a:3785:1cea:4890 | iam7dum@gmail.com |
| 2001:ee0:4bac:7f50:158a:8e48:a2b6:2657 | iam7dum@gmail.com |
| 2001:ee0:4baa:8be0:28e3:577b:5436:d382 | iam7dum@gmail.com |
| 2001:ee0:4ba3:bce0:d5e6:af14:753:b7dc | iam7dum@gmail.com |
| 2001:ee0:4ba3:bce0:f594:fd4c:1c80:474b | iam7dum@gmail.com |
| 2001:ee0:4ba3:bce0:c41d:d977:1047:1647 | iam7dum@gmail.com |
| 2001:ee0:4bac:de20:158a:8e48:a2b6:2657 | iam7dum@gmail.com |
| 2001:ee0:4baf:7c80:74ba:c24f:e6dd:7af9 | iam7dum@gmail.com |
| 2001:ee0:4ba4:8e0:b01a:197b:3154:e442 | iam7dum@gmail.com |
| 2001:ee0:4ba4:8e0:c519:d9e8:4d9:245f | iam7dum@gmail.com |
| 2001:ee0:4ba4:8e0:441e:93b3:fa36:6a40 | iam7dum@gmail.com |
| 2001:ee0:4baa:ef80:d041:b88d:1046:f4dc | iam7dum@gmail.com |
| 2001:ee0:4bab:5320:5100:dbff:3d94:255e | iam7dum@gmail.com |
| 2001:ee0:4bab:5320:d1e2:42b5:921d:dd98 | iam7dum@gmail.com |
| 2001:ee0:4bad:b3d0:2d2a:3db6:a2a8:8799 | iam7dum@gmail.com |
| 2001:ee0:4bad:b3d0:b93f:396f:4fbb:adad | iam7dum@gmail.com |
| 64.71.133.169 | getteesshirts@gmail.com |
| 58.22.113.58 | getteesshirts@gmail.com |
| 59.59.232.170 | getteesshirts@gmail.com |
| 223.104.48.93 | getteesshirts@gmail.com |
| 45.79.114.165 | getteesshirts@gmail.com |
| 112.51.194.144 | getteesshirts@gmail.com |
| 59.58.139.229 | getteesshirts@gmail.com |
| 23.104.158.100 | getteesshirts@gmail.com |
| 27.153.203.203 | getteesshirts@gmail.com |
| 112.51.195.189 | getteesshirts@gmail.com |
| 223.104.48.191 | getteesshirts@gmail.com |
| 59.58.136.158 | getteesshirts@gmail.com |

| | |
|---|---|
| 112.51.195.172 | getteesshirts@gmail.com |
| 240e:d0:d88c:8f00:b832:8d4b:870b:1e84 | getteesshirts@gmail.com |
| 223.104.48.229 | getteesshirts@gmail.com |
| 222.77.240.255 | getteesshirts@gmail.com |
| 240e:d0:d8a6:bd00:d4a0:c45b:1a77:78d6 | getteesshirts@gmail.com |
| 112.51.194.17 | getteesshirts@gmail.com |
| 223.104.47.232 | getteesshirts@gmail.com |
| 59.58.138.108 | getteesshirts@gmail.com |
| 223.104.48.111 | getteesshirts@gmail.com |
| 153.126.162.8 | getteesshirts@gmail.com |
| 240e:d0:d898:4e00:8dea:2c8a:5d7b:b21c | getteesshirts@gmail.com |
| 223.104.48.43 | getteesshirts@gmail.com |
| 59.58.137.165 | getteesshirts@gmail.com |
| 240e:d0:d8a7:100:8d1e:29c:75e3:4259 | getteesshirts@gmail.com |
| 112.51.194.78 | getteesshirts@gmail.com |
| 59.120.117.242 | getteesshirts@gmail.com |
| 59.58.138.15 | getteesshirts@gmail.com |
| 220.141.66.33 | getteesshirts@gmail.com |
| 240e:d0:d89d:a00:fc79:f02d:3e82:f230 | getteesshirts@gmail.com |
| 96.44.183.51 | getteesshirts@gmail.com |
| 183.253.65.164 | getteesshirts@gmail.com |
| 47.74.191.244 | getteesshirts@gmail.com |
| 112.111.165.153 | getteesshirts@gmail.com |
| 112.51.193.131 | getteesshirts@gmail.com |
| 240e:d0:da07:3e00:7451:5234:26c5:178 | getteesshirts@gmail.com |
| 59.58.138.96 | getteesshirts@gmail.com |
| 183.253.66.62 | getteesshirts@gmail.com |
| 112.111.165.253 | getteesshirts@gmail.com |
| 14.162.179.58 | info.trueholiday21@gmail.com |
| 75.132.8.148 | info.trueholiday21@gmail.com |
| 50.192.151.122 | info.trueholiday21@gmail.com |
| 103.207.39.32 | info.trueholiday21@gmail.com |

| | |
|---|---|
| 192.227.78.173 | info.trueholiday21@gmail.com |
| 1.55.109.76 | info.trueholiday21@gmail.com |
| 103.138.108.56 | info.trueholiday21@gmail.com |
| 2402:9d80:227:617e:ed51:41d5:bfd2:3520 | info.trueholiday21@gmail.com |
| 222.252.115.247 | info.trueholiday21@gmail.com |
| 14.162.201.75 | info.trueholiday21@gmail.com |
| 2402:9d80:247:21c6:b94d:eff:661f:5496 | info.trueholiday21@gmail.com |
| 183.81.71.30 | info.trueholiday21@gmail.com |
| 123.16.230.85 | info.trueholiday21@gmail.com |
| 171.241.38.167 | info.trueholiday21@gmail.com |
| 42.113.156.134 | info.trueholiday21@gmail.com |
| 2402:9d80:24b:b3d1:18aa:f5cd:42d3:b329 | info.trueholiday21@gmail.com |
| 14.162.190.65 | info.trueholiday21@gmail.com |
| 2402:9d80:217:ec2f:c5ef:befe:f29d:6919 | info.trueholiday21@gmail.com |
| 118.71.172.32 | info.trueholiday21@gmail.com |
| 59.153.241.185 | info.trueholiday21@gmail.com |
| 14.248.136.109 | info.trueholiday21@gmail.com |
| 14.162.208.161 | vickyvustylist@gmail.com |
| 59.153.254.211 | vickyvustylist@gmail.com |
| 59.153.253.33 | vickyvustylist@gmail.com |
| 59.153.253.92 | vickyvustylist@gmail.com |
| 59.153.235.90 | vickyvustylist@gmail.com |
| 59.153.238.92 | vickyvustylist@gmail.com |
| 59.153.234.83 | vickyvustylist@gmail.com |
| 59.153.240.18 | vickyvustylist@gmail.com |
| 59.153.253.155 | vickyvustylist@gmail.com |
| 14.248.105.144 | vickyvustylist@gmail.com |
| 59.153.234.211 | vickyvustylist@gmail.com |
| 14.231.135.140 | vickyvustylist@gmail.com |
| 2001:ee0:4101:7f81:399e:1ccb:5eca:fd97 | vickyvustylist@gmail.com |
| 14.231.196.58 | vickyvustylist@gmail.com |
| 59.153.234.169 | vickyvustylist@gmail.com |

| | |
|---|---|
| 123.16.252.150 | vickyvustylist@gmail.com |
| 14.231.162.55 | vickyvustylist@gmail.com |
| 59.153.237.12 | vickyvustylist@gmail.com |
| 123.16.146.123 | vickyvustylist@gmail.com |
| 59.153.240.211 | vickyvustylist@gmail.com |
| 14.177.248.203 | vickyvustylist@gmail.com |
| 171.255.70.77 | vickyvustylist@gmail.com |
| 2402:800:610d:bc63:dc59:34ed:c225:b9a3 | vickyvustylist@gmail.com |
| 59.153.253.201 | vickyvustylist@gmail.com |
| 59.153.241.235 | vickyvustylist@gmail.com |
| 42.114.191.119 | vickyvustylist@gmail.com |
| 14.162.151.84 | vickyvustylist@gmail.com |
| 1.52.142.145 | vickyvustylist@gmail.com |
| 2001:ee0:4101:3c55:7177:d0ab:60cc:cdfb | vickyvustylist@gmail.com |
| 27.67.141.253 | vickyvustylist@gmail.com |
| 123.16.145.228 | vickyvustylist@gmail.com |
| 59.153.241.208 | vickyvustylist@gmail.com |
| 59.153.254.100 | vickyvustylist@gmail.com |
| 42.113.84.5 | vickyvustylist@gmail.com |
| 123.16.233.91 | vickyvustylist@gmail.com |
| 59.153.237.240 | vickyvustylist@gmail.com |
| 59.153.252.181 | vickyvustylist@gmail.com |
| 59.153.240.115 | vickyvustylist@gmail.com |
| 59.153.244.38 | vickyvustylist@gmail.com |
| 59.153.238.47 | vickyvustylist@gmail.com |
| 35.223.65.79 | vickyvustylist@gmail.com |
| 59.153.238.36 | vickyvustylist@gmail.com |
| 59.153.245.38 | vickyvustylist@gmail.com |
| 59.153.235.218 | vickyvustylist@gmail.com |
| 35.236.33.136 | vickyvustylist@gmail.com |
| 2402:800:415a:cf6d:8809:46d1:359a:fcec | vickyvustylist@gmail.com |
| 14.232.239.236 | vickyvustylist@gmail.com |

| | |
|---|---|
| 59.153.238.38 | vickyvustylist@gmail.com |
| 113.190.223.35 | vickyvustylist@gmail.com |
| 59.153.244.138 | vickyvustylist@gmail.com |
| 59.153.234.154 | vickyvustylist@gmail.com |
| 59.153.240.163 | vickyvustylist@gmail.com |
| 2001:19f0:ac01:848:943d:f7fc:4151:3af8 | vickyvustylist@gmail.com |
| 59.153.241.95 | vickyvustylist@gmail.com |
| 72.52.87.195 | vickyvustylist@gmail.com |
| 59.153.245.138 | vickyvustylist@gmail.com |
| 59.153.237.151 | vickyvustylist@gmail.com |
| 14.231.197.162 | vickyvustylist@gmail.com |
| 59.153.234.226 | vickyvustylist@gmail.com |
| 59.153.241.142 | vickyvustylist@gmail.com |
| 103.133.105.253 | vickyvustylist@gmail.com |
| 59.153.235.185 | vickyvustylist@gmail.com |
| 59.153.235.188 | vickyvustylist@gmail.com |
| 14.177.157.7 | vickyvustylist@gmail.com |
| 42.113.84.115 | vickyvustylist@gmail.com |
| 2402:800:6101:50c8:79e7:4ef6:17f3:88c9 | vickyvustylist@gmail.com |
| 14.231.150.95 | vickyvustylist@gmail.com |
| 59.153.241.60 | vickyvustylist@gmail.com |
| 14.248.70.12 | vickyvustylist@gmail.com |
| 14.231.146.52 | vickyvustylist@gmail.com |
| 59.153.235.123 | vickyvustylist@gmail.com |
| 59.153.252.211 | vickyvustylist@gmail.com |
| 2402:800:61a4:e65b:3146:7dbc:f701:628 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:1052:5d01:39ea:1024 | aquacozy.com@gmail.com |
| 125.212.177.87 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:d8c2:2105:452b:1a4e | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:1982:fdc6:5a4b:c09c | aquacozy.com@gmail.com |
| 14.232.245.169 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:f5b1:d868:96b4:d87f | aquacozy.com@gmail.com |

| | |
|---|---|
| 2001:ee0:4141:233d:4586:46e5:db3c:24f | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:d91c:55d7:2e44:ec86 | aquacozy.com@gmail.com |
| 2001:ee0:4141:233d:5c1e:aefc:cc6b:45f | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:15:b22:f3cb:d794 | aquacozy.com@gmail.com |
| 118.68.122.230 | aquacozy.com@gmail.com |
| 2405:4800:1745:5df:1de4:9e04:4f05:399 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:507c:41e4:5ced:a73c | aquacozy.com@gmail.com |
| 14.231.159.56 | aquacozy.com@gmail.com |
| 113.185.44.40 | aquacozy.com@gmail.com |
| 2405:4800:172d:e58e:d4de:6898:9ef8:6e4f | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:9179:2b34:599d:36e4 | aquacozy.com@gmail.com |
| 14.177.7.172 | aquacozy.com@gmail.com |
| 2001:ee0:495d:9440:d8c8:99ef:f597:e3ad | aquacozy.com@gmail.com |
| 2405:4800:172d:e58e:c1:9918:1226:d120 | aquacozy.com@gmail.com |
| 113.185.42.239 | aquacozy.com@gmail.com |
| 2405:4800:172d:e58e:dd1b:14da:5517:5f94 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:e076:34e0:4672:82e1 | aquacozy.com@gmail.com |
| 113.190.139.122 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:115e:3ae0:526b:695d | aquacozy.com@gmail.com |
| 14.232.244.180 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:ccb7:18eb:3344:5db4 | aquacozy.com@gmail.com |
| 118.71.249.100 | aquacozy.com@gmail.com |
| 2402:800:61a4:c7c5:4815:372c:fea5:5a4 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:d9fa:d31b:e75e:8a0e | aquacozy.com@gmail.com |
| 118.70.68.175 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:b1a7:dc6b:401c:c845 | aquacozy.com@gmail.com |
| 118.68.165.80 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:6c4a:7a52:9a00:a168 | aquacozy.com@gmail.com |
| 222.252.22.212 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:98d3:6f5d:65cf:459 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:eca3:4802:d05f:94dd | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:898c:fd3f:c7d2:15c5 | aquacozy.com@gmail.com |

| | |
|---|---|
| 113.185.41.103 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:7d5c:904:824d:7313 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:b5a2:47c6:6793:ef72 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:5df1:e3ad:439a:f429 | aquacozy.com@gmail.com |
| 2001:ee0:495d:9440:7887:2e1:681c:2a26 | aquacozy.com@gmail.com |
| 58.186.101.191 | aquacozy.com@gmail.com |
| 2402:800:61a4:e65b:5038:616b:1d52:f457 | aquacozy.com@gmail.com |
| 113.185.47.219 | aquacozy.com@gmail.com |
| 113.185.41.105 | aquacozy.com@gmail.com |
| 58.186.100.162 | contact.evatiamo@gmail.com |
| 14.248.147.195 | contact.evatiamo@gmail.com |
| 14.162.201.75 | contact.evatiamo@gmail.com |
| 123.16.230.85 | contact.evatiamo@gmail.com |
| 14.162.190.65 | contact.evatiamo@gmail.com |
| 103.207.39.32 | contact.evatiamo@gmail.com |
| 2402:800:610d:24e0:40a5:2724:1e27:e3e0 | contact.evatiamo@gmail.com |
| 58.187.164.185 | contact.evatiamo@gmail.com |
| 2001:ee0:4161:4ce3:9d9e:61fb:a72:62a4 | contact.evatiamo@gmail.com |
| 14.248.136.109 | contact.evatiamo@gmail.com |
| 2402:800:61a4:e65b:443a:484f:859b:5d7a | lionbreak.com@gmail.com |
| 2405:4800:172d:e58e:70a7:9e5a:3585:a364 | lionbreak.com@gmail.com |
| 113.185.45.4 | lionbreak.com@gmail.com |
| 2405:4800:172d:e58e:d4de:6898:9ef8:6e4f | lionbreak.com@gmail.com |
| 171.255.76.178 | lionbreak.com@gmail.com |
| 113.185.44.251 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:3146:7dbc:f701:628 | lionbreak.com@gmail.com |
| 2405:4800:172d:e58e:186c:7b57:3a8c:cc89 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:1052:5d01:39ea:1024 | lionbreak.com@gmail.com |
| 14.177.7.172 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:d8c2:2105:452b:1a4e | lionbreak.com@gmail.com |
| 183.81.97.152 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:1982:fdc6:5a4b:c09c | lionbreak.com@gmail.com |

| | |
|---|---|
| 113.190.139.122 | lionbreak.com@gmail.com |
| 2402:800:4110:dd51:7d48:8b7e:7c6b:a9ec | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:39e7:4339:2c11:4803 | lionbreak.com@gmail.com |
| 222.252.22.212 | lionbreak.com@gmail.com |
| 113.185.44.72 | lionbreak.com@gmail.com |
| 2402:800:4110:dd51:45d:edb2:fa3a:ede1 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:a153:f119:b945:a8f8 | lionbreak.com@gmail.com |
| 2405:4800:1725:c627:35c4:b140:1624:5dee | lionbreak.com@gmail.com |
| 118.70.68.175 | lionbreak.com@gmail.com |
| 2001:ee0:4141:aaa3:258c:b808:5f05:e5a5 | lionbreak.com@gmail.com |
| 125.212.177.87 | lionbreak.com@gmail.com |
| 2402:800:415b:9791:d07a:ae75:8d6b:2063 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:fc1e:6eac:55c7:c1c7 | lionbreak.com@gmail.com |
| 2001:ee0:4141:aaa3:4dc5:bc02:be15:1b49 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:d91c:55d7:2e44:ec86 | lionbreak.com@gmail.com |
| 2001:ee0:4141:aaa3:fc7c:4040:c8a0:ad05 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:f88f:176d:b971:2a71 | lionbreak.com@gmail.com |
| 2001:ee0:4001:c66a:9c91:c1a0:cb5d:dfce | lionbreak.com@gmail.com |
| 113.185.44.40 | lionbreak.com@gmail.com |
| 113.185.43.193 | lionbreak.com@gmail.com |
| 14.239.83.55 | lionbreak.com@gmail.com |
| 2001:ee0:4141:aaa3:94c3:20e9:44b2:d456 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:1cea:9a15:afc4:1a5f | lionbreak.com@gmail.com |
| 113.185.45.179 | lionbreak.com@gmail.com |
| 27.66.142.119 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:b1a7:dc6b:401c:c845 | lionbreak.com@gmail.com |
| 2001:ee0:495d:9440:d8c8:99ef:f597:e3ad | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:88fc:be8f:41f5:3f24 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:115e:3ae0:526b:695d | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:6c4a:7a52:9a00:a168 | lionbreak.com@gmail.com |
| 2402:800:61a4:c7c5:31f6:a485:efc0:c5b8 | lionbreak.com@gmail.com |
| 14.253.54.78 | lionbreak.com@gmail.com |

| | |
|---|---|
| 2402:800:61a4:c7c5:7d7b:75:4719:e70b | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:eca3:4802:d05f:94dd | lionbreak.com@gmail.com |
| 2402:800:415b:b0ba:e531:8839:b336:bed5 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:98d3:6f5d:65cf:459 | lionbreak.com@gmail.com |
| 118.68.165.80 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:61ac:5375:181c:4e8c | lionbreak.com@gmail.com |
| 2001:ee0:4141:aaa3:45e6:3f8c:2d1c:982a | lionbreak.com@gmail.com |
| 113.185.41.103 | lionbreak.com@gmail.com |
| 2001:ee0:4141:aaa3:1184:9382:8cd5:18fd | lionbreak.com@gmail.com |
| 118.70.68.222 | lionbreak.com@gmail.com |
| 2402:800:4159:7e22:884a:4a0c:fbb0:ed44 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:b046:9bcb:7893:7a0c | lionbreak.com@gmail.com |
| 2001:ee0:4001:c66a:39ea:762f:80ed:bedf | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:b5a2:47c6:6793:ef72 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:5df1:e3ad:439a:f429 | lionbreak.com@gmail.com |
| 14.232.245.169 | lionbreak.com@gmail.com |
| 2402:800:61a4:e65b:5038:616b:1d52:f457 | lionbreak.com@gmail.com |
| 14.231.159.56 | lionbreak.com@gmail.com |
| 118.70.185.130 | duongbinh.mt94@gmail.com |
| 171.224.21.119 | duongbinh.mt94@gmail.com |
| 123.16.53.17 | duongbinh.mt94@gmail.com |
| 14.232.245.80 | hosocorp2019@gmail.com |
| 2405:4800:44c7:9a8:dcb7:22db:7910:fefd | hosocorp2019@gmail.com |
| 2402:800:4358:9e7e:98a6:87ff:b239:f380 | hosocorp2019@gmail.com |
| 2402:800:4358:9e7e:a092:6c2c:ae7b:134a | hosocorp2019@gmail.com |
| 171.253.190.69 | hosocorp2019@gmail.com |
| 192.3.215.223 | hosocorp2019@gmail.com |
| 113.173.123.186 | hosocorp2019@gmail.com |
| 171.253.133.149 | hosocorp2019@gmail.com |
| 171.253.132.99 | hosocorp2019@gmail.com |
| 171.253.20.46 | hosocorp2019@gmail.com |
| 2001:ee0:4f0d:d1b0:9d97:bbca:863d:529 | hosocorp2019@gmail.com |

| | |
|---|---|
| 2001:ee0:4f0d:d1b0:a96c:b724:7fe:5c5b | hosocorp2019@gmail.com |
| 118.71.191.47 | hosocorp2019@gmail.com |
| 58.187.161.164 | hosocorp2019@gmail.com |
| 2402:800:418b:7bd0:587a:61bd:f15c:4de6 | hosocorp2019@gmail.com |
| 58.186.118.134 | hosocorp2019@gmail.com |
| 2402:800:4134:a5ec:8853:51e6:2a7c:4329 | hosocorp2019@gmail.com |
| 42.114.191.196 | hosocorp2019@gmail.com |
| 2402:800:4215:35ad:c16c:d3d2:5b8f:ca84 | hosocorp2019@gmail.com |
| 118.70.42.109 | truongnv2806@gmail.com |
| 14.231.172.247 | truongnv2806@gmail.com |
| 2001:ee0:41c1:2a88:9dc9:654f:1436:6b2 | truongnv2806@gmail.com |
| 2001:ee0:41c1:2a88:8087:19fd:a8b5:a7e8 | truongnv2806@gmail.com |
| 1.55.183.194 | cafebuibmt@gmail.com |
| 27.0.12.17 | cafebuibmt@gmail.com |
| 103.92.30.101 | cafebuibmt@gmail.com |
| 2402:800:4217:6e12:30b9:f495:c42f:6da4 | cafebuibmt@gmail.com |
| 1.52.169.53 | cafebuibmt@gmail.com |
| 2402:800:4219:de22:1595:f4df:991:15ad | cafebuibmt@gmail.com |
| 45.32.69.145 | cafebuibmt@gmail.com |
| 1.55.48.192 | cafebuibmt@gmail.com |
| 2402:800:61a7:aa9e:1ced:3a26:a78:3937 | azcozyhubs@gmail.com |
| 2402:800:61a7:aa9e:4059:2a82:38d6:7dd | azcozyhubs@gmail.com |
| 2402:800:61a7:aa9e:91c6:6c6f:f9d8:fc77 | azcozyhubs@gmail.com |
| 2402:800:61a7:aa9e:91d7:29b:799f:9a1a | azcozyhubs@gmail.com |
| 2402:800:61ae:9ca2:b043:c70d:a1f5:8283 | azcozyhubs@gmail.com |
| 2402:800:61ae:9ca2:c585:1714:26d:935a | azcozyhubs@gmail.com |
| 2402:800:61ae:83cd:1409:11fa:e974:e65c | azcozyhubs@gmail.com |
| 171.229.248.149 | azcozyhubs@gmail.com |
| 2001:ee0:40c1:6623:650c:7ae2:29e1:6385 | azcozyhubs@gmail.com |
| 27.3.74.235 | azcozyhubs@gmail.com |
| 117.0.32.146 | azcozyhubs@gmail.com |
| 117.0.32.146 | comfyhubs@gmail.com |

| | |
|---|---|
| **2402:800:61a7:aa9e:4841:e7bb:7cfd:7ccd** | comfyhubs@gmail.com |
| **2402:800:61a7:aa9e:4059:2a82:38d6:7dd** | comfyhubs@gmail.com |
| **2402:800:61ae:9ca2:c585:1714:26d:935a** | comfyhubs@gmail.com |
| **2402:800:61ae:83cd:1409:11fa:e974:e65c** | comfyhubs@gmail.com |
| **2402:800:61ae:83cd:917c:facc:10bf:3c79** | comfyhubs@gmail.com |
| **171.229.248.149** | comfyhubs@gmail.com |
| **27.3.66.145** | comfyhubs@gmail.com |
| **27.3.74.235** | comfyhubs@gmail.com |
| **116.104.95.238** | comfyhubs@gmail.com |
| **42.113.63.152** | anhlq.evnit@gmail.com |
| **171.232.64.213** | anhlq.evnit@gmail.com |
| **171.239.142.59** | anhlq.evnit@gmail.com |
| **2001:ee0:4f0c:e720:ecba:9eef:690a:d264** | anhlq.evnit@gmail.com |
| **14.232.245.169** | nguyentrungmeo1233@gmail.com |
| **183.80.236.65** | kayleescott322@gmail.com |

store_owners_ips_2

| ip_address | user |
|---|---|
| 2001:ee0:41c1:ce26:167:2fc5:4596:f3ff | julian.graheme@gmail.com |
| 2001:ee0:4585:fac0:4c31:e31:9ea0:554e | julian.graheme@gmail.com |
| 2001:ee0:41c1:ce26:6c51:d96c:e218:c327 | julian.graheme@gmail.com |
| 2402:800:419b:bac0:bcd6:e001:6e7b:1d50 | julian.graheme@gmail.com |
| 2001:ee0:41c1:ce26:c03a:9326:34e3:a407 | julian.graheme@gmail.com |
| 2402:800:416b:2caf:d24d:2c80:505c:cd1a | julian.graheme@gmail.com |
| 2402:800:4140:9b22:2f23:74cf:13f0:6ad0 | julian.graheme@gmail.com |
| 2001:ee0:41c1:365a:e9cc:6f6a:711d:c34f | julian.graheme@gmail.com |
| 2001:ee0:41c1:ce26:2c33:a874:e48e:d1e3 | julian.graheme@gmail.com |
| 113.190.233.48 | julian.graheme@gmail.com |
| 14.248.68.221 | julian.graheme@gmail.com |
| 2001:ee0:41c1:ce26:2c2b:90bb:f6b3:9fad | julian.graheme@gmail.com |
| 95.179.213.211 | julian.graheme@gmail.com |
| 2402:800:4175:3c6d:7440:5320:9309:2144 | julian.graheme@gmail.com |
| 2001:ee0:41c1:ce26:1c4:9f28:b439:7c34 | julian.graheme@gmail.com |
| 2001:ee0:41c1:6b9:4deb:b942:1827:a658 | julian.graheme@gmail.com |
| 14.232.148.53 | julian.graheme@gmail.com |
| 2001:ee0:41c1:9d8a:58e6:d5cd:b230:1aa1 | julian.graheme@gmail.com |
| 45.76.91.249 | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:9d1a:b70b:787e:2d53 | julian.graheme@gmail.com |
| 2001:ee0:41c1:126b:b406:be76:d214:2867 | julian.graheme@gmail.com |
| 123.16.86.2 | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:a080:67e2:2505:2045 | julian.graheme@gmail.com |
| 14.248.110.16 | julian.graheme@gmail.com |
| 27.72.101.157 | julian.graheme@gmail.com |
| 14.232.57.243 | julian.graheme@gmail.com |
| 243.72.16.108 | julian.graheme@gmail.com |
| 192.227.72.60 | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:c06:46d7:d065:d0c4 | julian.graheme@gmail.com |

| | |
|---|---|
| 250.31.1.155 | julian.graheme@gmail.com |
| 2402:800:4169:e53e:b33b:deae:f51e:5e96 | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:ad79:a81a:3cb3:100a | julian.graheme@gmail.com |
| 253.232.95.60 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:203c:e138:642b:86dd | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:f5df:5aa7:dadc:e205 | julian.graheme@gmail.com |
| 248.127.96.155 | julian.graheme@gmail.com |
| 14.162.144.229 | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:6c57:fe51:a92c:eacb | julian.graheme@gmail.com |
| 252.74.93.113 | julian.graheme@gmail.com |
| 123.16.86.219 | julian.graheme@gmail.com |
| 2001:ee0:41c1:8917:a9b1:5a72:1d2b:4cb4 | julian.graheme@gmail.com |
| 34.69.81.8 | julian.graheme@gmail.com |
| 45.63.31.137 | julian.graheme@gmail.com |
| 2001:ee0:41c1:626e:a95f:a99c:695b:3ac | julian.graheme@gmail.com |
| 2402:9d80:24b:3724:f9d9:e6da:6c31:4ba5 | julian.graheme@gmail.com |
| 14.231.168.123 | julian.graheme@gmail.com |
| 2402:800:4140:4a3d:b9a2:bf94:64ba:53b8 | julian.graheme@gmail.com |
| 34.94.8.173 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:94c:fa3b:83c2:95f1 | julian.graheme@gmail.com |
| 14.177.1.58 | julian.graheme@gmail.com |
| 36.255.98.31 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:e9a5:c47c:f21c:aeee | julian.graheme@gmail.com |
| 113.190.109.146 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:d552:143c:183:428e | julian.graheme@gmail.com |
| 123.17.150.173 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:c1e9:6822:7609:edc8 | julian.graheme@gmail.com |
| 2001:ee0:41c1:6704:9908:4a56:e634:a22b | julian.graheme@gmail.com |
| 192.227.121.12 | julian.graheme@gmail.com |
| 2402:800:416c:78ae:88d9:5bc2:9845:451c | julian.graheme@gmail.com |
| 199.34.16.238 | julian.graheme@gmail.com |
| 183.91.7.202 | julian.graheme@gmail.com |

| | |
|---|---|
| 113.20.108.74 | julian.graheme@gmail.com |
| 2001:ee0:41c1:365a:c46d:1df0:14cf:bc5c | julian.graheme@gmail.com |
| 192.227.120.156 | julian.graheme@gmail.com |
| 113.190.60.173 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:503c:f894:96e1:3e33 | julian.graheme@gmail.com |
| 2001:ee0:41c1:365a:1c1c:26fd:c41:c090 | julian.graheme@gmail.com |
| 2402:800:4192:9d10:38eb:cfcc:6c70:9a21 | julian.graheme@gmail.com |
| 14.231.222.155 | julian.graheme@gmail.com |
| 113.190.99.68 | julian.graheme@gmail.com |
| 103.199.42.38 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:b8e5:422c:441d:8efb | julian.graheme@gmail.com |
| 2001:ee0:41c1:365a:85fc:51e1:5f8c:4e4d | julian.graheme@gmail.com |
| 64.52.172.6 | julian.graheme@gmail.com |
| 2402:800:4143:b941:e18c:f26b:279f:2a09 | julian.graheme@gmail.com |
| 27.67.13.212 | julian.graheme@gmail.com |
| 59.153.240.33 | julian.graheme@gmail.com |
| 2001:ee0:41c1:e8a2:d1e6:7ecb:1083:691b | julian.graheme@gmail.com |
| 252.206.147.194 | support@shinezily.com |
| 42.115.162.86 | support@shinezily.com |
| 42.113.244.99 | support@shinezily.com |
| 1.55.141.197 | support@shinezily.com |
| 118.71.13.152 | support@shinezily.com |
| 113.22.106.53 | support@shinezily.com |
| 1.55.23.105 | support@shinezily.com |
| 14.232.154.216 | support@shinezily.com |
| 1.55.216.150 | support@shinezily.com |
| 2402:800:416f:2786:6dfb:e89d:c322:6fe6 | support@shinezily.com |
| 118.71.196.181 | support@shinezily.com |
| 171.234.198.6 | support@shinezily.com |
| 27.72.146.38 | support@shinezily.com |
| 2402:800:4182:de6:3874:2b3f:611:4dbf | support@shinezily.com |
| 2402:800:4130:146f:4c12:6913:57b4:44ac | support@shinezily.com |

| | |
|---|---|
| **27.67.45.233** | support@shinezily.com |
| **2402:800:4184:c244:c174:5892:7d4a:1e12** | support@shinezily.com |
| **14.232.208.250** | support@shinezily.com |
| **2402:800:61b3:2ccd:c589:8efe:191c:a50b** | support@shinezily.com |
| **59.153.234.238** | support@shinezily.com |
| **59.153.240.163** | support@shinezily.com |
| 14.232.245.169 | annaandmary.com@gmail.c|
| 14.232.245.169 | nguyentrungmeo1233@gma|