# EXHIBIT C

staff

| first_name | last_name | user | store_username | address | province | city | country |
|---|---|---|---|---|---|---|---|
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | pod1.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Trung | Dong | trungdong.work@gmail.com | pod1.onshopbase.com | | | | |
| Duyen | My | nguyenduyen2709@gmail.com | pod1.onshopbase.com | | | | |
| Trinh | My | trinhmy019@gmail.com | pod1.onshopbase.com | | | | |
| Thao | Duong Phuong | thaoduongphuong1902@gmail.com | pod1.onshopbase.com | | | | |
| anh | nguyen | nguyentuanh180697@gmail.com | pod1.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | pod1.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | pod1.onshopbase.com | | | | |
| | | sales.azcozy@gmail.com | pod1.onshopbase.com | | | | |
| Khanh | Huyen | kh27195@gmail.com | pod1.onshopbase.com | | | | |
| Hang | Cao | minhhangcao1236@gmail.com | pod1.onshopbase.com | | | | |
| Lam | Nguyen | contact@lamnguyenz.com | pod1.onshopbase.com | P904 CT3 | | Ha Noi | Vietnam |
| Mơ | Nguyễn | huongmo411@gmail.com | pod1.onshopbase.com | | | | |
| Minh | Minh | minh14vn@gmail.com | pod1.onshopbase.com | | | | |
| Đoàn | Thảo | doanphuongthao96.neu@gmail.com | pod1.onshopbase.com | | | | |
| | | hangdothi95@gmail.com | pod1.onshopbase.com | | | | |
| Dong | Thuy phan thien ha | phanthienha.printable@gmail.com | pod1.onshopbase.com | | | | Vietnam |
| Nguyen Tran | Sa | anhsabmt@gmail.com | saturdaytee.onshopbase.com | 5A Phan Ke Binh, Quan 1 | | Ho Chi Minh | Vietnam |
| Scan | Galaxy | ninhvietngoc@gmail.com | scangalaxy.onshopbase.com | 11 Me Linh | | Ho Chi Minh | Vietnam |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | ggpod.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Trung | Dong | trungdong.work@gmail.com | ggpod.onshopbase.com | | | | |
| Hằng | Minh | hangminh3011@gmail.com | ggpod.onshopbase.com | | | | |
| Thai | Nguyen | nguyenhongthai2497@gmail.com | ggpod.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | ggpod.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | ggpod.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | ggpod.onshopbase.com | | | | |
| Ly | Tran | lytran.am.2019@gmail.com | ggpod.onshopbase.com | | | | |
| Dong | Thuy phan thien ha | phanthienha.printable@gmail.com | ggpod.onshopbase.com | | | | Vietnam |
| Võ | Khẩn | vtkteam2019@gmail.com | dkteam.onshopbase.com | X. Nghi Hoa, H. Nghi Lộc, T. Nghệ An | | Nghệ An | Vietnam |
| Lam | Nguyen | chunzhuzhu123@gmail.com | ggs08.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | | Hanoi | Vietnam |
| Ke | Toan | ketoan.avocado@gmail.com | ggs08.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | ggs08.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | ggs08.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | ggs08.onshopbase.com | | | | |
| Thu | Nguyen | thunguyen.gyc@gmail.com | ggs08.onshopbase.com | | | | |
| Khuong | Logan | khuonglogan@gmail.com | ggs08.onshopbase.com | | | | |
| DANG | HOANG | minhhoang2193@gmail.com | ggs08.onshopbase.com | 165 phố Thái Hà - Quận Đống Đa | | Hà Nội | Vietnam |
| Chanh | CS | chanh.avocado@gmail.com | ggs08.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | ggs08.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | ggs08.onshopbase.com | | | | |
| Lam | Nguyen | chunzhuzhu123@gmail.com | ggs10.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | | Hanoi | Vietnam |
| Hằng | Minh | hangminh3011@gmail.com | ggs10.onshopbase.com | | | | |
| DANG | HOANG | minhhoang2193@gmail.com | ggs10.onshopbase.com | 165 phố Thái Hà - Quận Đống Đa | | Hà Nội | Vietnam |
| Tommy | Vo | toanntq@gmail.com | protees4u.onshopbase.com | 31/81/12 duong so 3 | | Ho Chi Minh | Vietnam |
| Hiro | Smith | phuapple.uet@gmail.com | protees4u.onshopbase.com | | | | |
| Minh | Nguyen Hoang | nbteam2019@gmail.com | nbteam.onshopbase.com | 70 Phung Van Cung phuong 07 Phu Nhuan | | HCM | Vietnam |
| An | Hai | haiaunguyen91@gmail.com | nbteam.onshopbase.com | | | | |
| Nam | Mai | hoainammai8m@gmail.com | nbteam.onshopbase.com | | | | |
| Minh | Hoang | nhminh89vn@gmail.com | nbteam.onshopbase.com | | | | |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | hm01.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Hằng | Minh | hangminh3011@gmail.com | hm01.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | hm01.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | hm01.onshopbase.com | | | | |
| Diệu | Lê | dieuhuyenle9897@gmail.com | hm01.onshopbase.com | | | | |
| Ly | Tran | lytran.am.2019@gmail.com | hm01.onshopbase.com | | | | |
| ggshoping | team | teamggshopping@gmail.com | hm01.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | hm01.onshopbase.com | | | | |

| Lam | Nguyen | contact@lamnguyenz.com | hm01.onshopbase.com | P904 CT3 | | Ha Noi | Vietnam |
|---|---|---|---|---|---|---|---|
| Huy | Nguyễn | ndhuy0202@gmail.com | hm01.onshopbase.com | | | | |
| Dong | Thuy phan thien ha | phanthienha.printable@gmail.com | hm01.onshopbase.com | | | | Vietnam |
| Lam | Nguyen | chunzhuzhu123@gmail.com | shop11.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | | Hanoi | Vietnam |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | shop11.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | shop11.onshopbase.com | | | | |
| Dinh | Van | vandinh.am96@gmail.com | shop11.onshopbase.com | | | | |
| Thao | Le | thaothao210797@gmail.com | shop11.onshopbase.com | | | | |
| Thai | Nguyen | nguyenhongthai2497@gmail.com | hm02.onshopbase.com | | | | |
| Hằng | Minh | hangminh3011@gmail.com | hm02.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | hm02.onshopbase.com | | | | |
| Ly | Tran | lytran.am.2019@gmail.com | hm02.onshopbase.com | | | | |
| Hang | Cao | minhhangcao1236@gmail.com | hm02.onshopbase.com | | | | |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | hm02.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | hm03.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Hằng | Minh | hangminh3011@gmail.com | hm03.onshopbase.com | | | | |
| Ly | Tran | lytran.am.2019@gmail.com | hm03.onshopbase.com | | | | |
| Dat | Bui | datbq.2213@gmail.com | hm03.onshopbase.com | | | | |
| Huỳnh | Thanh Long | anonymous7585@gmail.com | gearpink.onshopbase.com | | | | |
| | | vanlocbui94@gmail.com | gearpink.onshopbase.com | | | | |
| Hai | Minh Nguyen | ngminh_hai@taphuan.vn | gearpink.onshopbase.com | | | | Vietnam |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | hm04.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Hằng | Minh | hangminh3011@gmail.com | hm04.onshopbase.com | | | | |
| Ly | Tran | lytran.am.2019@gmail.com | hm04.onshopbase.com | | | | |
| Diệu | Lê | dieuhuyenle9897@gmail.com | hm04.onshopbase.com | | | | |
| Dat | Bui | datbq.2213@gmail.com | hm04.onshopbase.com | | | | |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | minhtm2.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Minh | Bui | bqminh93@gmail.com | minhtm2.onshopbase.com | | | | |
| Linh | Bui | thuylinh.k53.ftu@gmail.com | minhtm2.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | minhtm2.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | minhtm2.onshopbase.com | | | | |
| Ngọc | Bích | ngocbi.yesneu@gmail.com | minhtm2.onshopbase.com | | | | |
| Huy | Nguyễn | ndhuy0202@gmail.com | minhtm2.onshopbase.com | | | | |
| Dong | Thuy phan thien ha | phanthienha.printable@gmail.com | minhtm2.onshopbase.com | | | | Vietnam |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | hm05.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Thai | Nguyen | nguyenhongthai2497@gmail.com | hm05.onshopbase.com | | | | |
| Hang | Cao | minhhangcao1236@gmail.com | hm05.onshopbase.com | | | | |
| Hằng | Minh | hangminh3011@gmail.com | hm05.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | hm05.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | hm05.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | aquacozy.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | aquacozy.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | aquacozy.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | aquacozy.onshopbase.com | | | | |
| Thao | Le | thaothao210797@gmail.com | aquacozy.onshopbase.com | | | | |
| Huy | Nguyễn | ndhuy0202@gmail.com | aquacozy.onshopbase.com | | | | |
| Dong | Thuy phan thien ha | phanthienha.printable@gmail.com | aquacozy.onshopbase.com | | | | Vietnam |
| Thien Ha | Dong Thuy Phan | phanthienha.printable@hotmail.com | aquacozy.onshopbase.com | Thanh xuan bac | | Thanh xuan bac | Vietnam |
| Thu | Nguyen | thunguyen.gyc@gmail.com | aquacozy.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | aquacozy.onshopbase.com | | | | |
| Beo | Beo | phanga602@gmail.com | aquacozy.onshopbase.com | | | | |
| Gam | GP | gam.phamth@gmail.com | aquacozy.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | aquacozy.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | aquacozy.onshopbase.com | | | | |
| | | kuxinbro123@gmail.com | wea-merch.onshopbase.com | | | | |
| Team | ANA | contact@weamerch.com | wea-merch.onshopbase.com | | | | |
| Khue | Vo | khuevo010203@gmail.com | wea-merch.onshopbase.com | | | | |
| Le | Viet Anh | iam7dum@gmail.com | wea-merch.onshopbase.com | | | | United St |
| Pham | Xuan Son | phamxuanson1512@gmail.com | wea-merch.onshopbase.com | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thuy | Huong | thuyhuong6@gmail.com | wea-merch.onshopbase.com | | | |
| Nguyen | Bao Hong | hongnhb.rtbed@gmail.com | wea-merch.onshopbase.com | | | |
| Khai | Quang | vqkhai1010@gmail.com | wea-merch.onshopbase.com | | | |
| Nguyen | Luu | luunguyen.hufl@gmail.com | wea-merch.onshopbase.com | | | |
| An | Vo | votrongan65@gmail.com | wea-merch.onshopbase.com | | | |
| Ngoc | Nguyen | tienngoc.09h51@gmail.com | wea-merch.onshopbase.com | | | |
| Ryan | Lin | getteesshirts@gmail.com | madeforfans.onshopbase.com | | | China |
| Cong | Thanh Duong | info.trueholiday21@gmail.com | 21trueholiday.onshopbase.com | | | Vietnam |
| ezmanclothin | staff | ezmanclothing.staff@gmail.com | 21trueholiday.onshopbase.com | | | |
| Lam | Nguyen | chunzhuzhu123@gmail.com | ggs13.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | Hanoi | Vietnam |
| SP_Up | San Pham | clone2.avocado@gmail.com | ggs13.onshopbase.com | | | |
| Hài | Trần | tranhaiads1990@gmail.com | ggs13.onshopbase.com | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | ggs13.onshopbase.com | | | |
| Ke | Toan | ketoan.avocado@gmail.com | ggs13.onshopbase.com | | | |
| Chanh | Ly | chanhulisbg@gmail.com | ggs13.onshopbase.com | | | |
| Chanh | CS | chanh.avocado@gmail.com | ggs13.onshopbase.com | | | |
| SP_Check | Design | clone1.avocado@gmail.com | ggs13.onshopbase.com | | | |
| Le | Chuc | chuclt1605@gmail.com | ggs13.onshopbase.com | | | |
| DANG | HOANG | minhhoang2193@gmail.com | ggs13.onshopbase.com | 165 phố Thái Hà - Quận Đống Đa | Hà Nội | Vietnam |
| Vicky | Vu | vickyvustylist@gmail.com | usateecollection.onshopbase.com | | | Vietnam |
| Lam | Nguyen | chunzhuzhu123@gmail.com | pushfully.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | Hanoi | Vietnam |
| SP_Up | San Pham | clone2.avocado@gmail.com | pushfully.onshopbase.com | | | |
| Lam | Nguyen | chunzhuzhu123@gmail.com | deploina.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | Hanoi | Vietnam |
| SP_Up | San Pham | clone2.avocado@gmail.com | deploina.onshopbase.com | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | leruitry-com.onshopbase.com | | | |
| Lam | Nguyen | chunzhuzhu123@gmail.com | leruitry-com.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | Hanoi | Vietnam |
| SP_Up | San Pham | clone2.avocado@gmail.com | leruitry-com.onshopbase.com | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | erfourse.onshopbase.com | | | United St |
| SP_Up | San Pham | clone2.avocado@gmail.com | erfourse.onshopbase.com | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | erfourse.onshopbase.com | | | |
| Ke | Toan | ketoan.avocado@gmail.com | erfourse.onshopbase.com | | | |
| Chanh | Ly | chanhulisbg@gmail.com | erfourse.onshopbase.com | | | |
| Chanh | CS | chanh.avocado@gmail.com | erfourse.onshopbase.com | | | |
| SP_Check | Design | clone1.avocado@gmail.com | erfourse.onshopbase.com | | | |
| Hài | Trần | tranhaiads1990@gmail.com | erfourse.onshopbase.com | | | |
| Le | Chuc | chuclt1605@gmail.com | erfourse.onshopbase.com | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | wysdman.onshopbase.com | | | United St |
| SP_Up | San Pham | clone2.avocado@gmail.com | wysdman.onshopbase.com | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | wysdman.onshopbase.com | | | |
| Ke | Toan | ketoan.avocado@gmail.com | wysdman.onshopbase.com | | | |
| Chanh | Ly | chanhulisbg@gmail.com | wysdman.onshopbase.com | | | |
| Chanh | CS | chanh.avocado@gmail.com | wysdman.onshopbase.com | | | |
| SP_Check | Design | clone1.avocado@gmail.com | wysdman.onshopbase.com | | | |
| Hài | Trần | tranhaiads1990@gmail.com | wysdman.onshopbase.com | | | |
| Le | Chuc | chuclt1605@gmail.com | wysdman.onshopbase.com | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | sporcepa.onshopbase.com | | | United St |
| SP_Up | San Pham | clone2.avocado@gmail.com | sporcepa.onshopbase.com | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | sporcepa.onshopbase.com | | | |
| Ke | Toan | ketoan.avocado@gmail.com | sporcepa.onshopbase.com | | | |
| Chanh | Ly | chanhulisbg@gmail.com | sporcepa.onshopbase.com | | | |
| Chanh | CS | chanh.avocado@gmail.com | sporcepa.onshopbase.com | | | |
| SP_Check | Design | clone1.avocado@gmail.com | sporcepa.onshopbase.com | | | |
| Hài | Trần | tranhaiads1990@gmail.com | sporcepa.onshopbase.com | | | |
| Le | Chuc | chuclt1605@gmail.com | sporcepa.onshopbase.com | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | univeme.onshopbase.com | | | United St |
| SP_Up | San Pham | clone2.avocado@gmail.com | univeme.onshopbase.com | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | univeme.onshopbase.com | | | |
| Ke | Toan | ketoan.avocado@gmail.com | univeme.onshopbase.com | | | |
| Chanh | Ly | chanhulisbg@gmail.com | univeme.onshopbase.com | | | |

| Chanh | CS | chanh.avocado@gmail.com | univeme.onshopbase.com | | | | |
|---|---|---|---|---|---|---|---|
| SP_Check | Design | clone1.avocado@gmail.com | univeme.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | univeme.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | univeme.onshopbase.com | | | | |
| Lam | Nguyen | chunzhuzhu123@gmail.com | wisdota-com.onshopbase.com | P904, CT3, Don Nguyen 1, Trung Van | | Hanoi | Vietnam |
| Macy | Daugherty | aquacozy.com@gmail.com | zaktez-com.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | zaktez-com.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | zaktez-com.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | zaktez-com.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | zaktez-com.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | zaktez-com.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | zaktez-com.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | zaktez-com.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | zaktez-com.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | ascenpo.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | ascenpo.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | ascenpo.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | ascenpo.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | ascenpo.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | ascenpo.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | ascenpo.onshopbase.com | | | | United St |
| Hài | Trần | tranhaiads1990@gmail.com | ascenpo.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | ascenpo.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | encedire.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | encedire.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | encedire.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | encedire.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | encedire.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | encedire.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | encedire.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | encedire.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | encedire.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | gerlati.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | gerlati.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | gerlati.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | gerlati.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | gerlati.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | gerlati.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | gerlati.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | gerlati.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | gerlati.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | hordero.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | hordero.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | hordero.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | hordero.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | hordero.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | hordero.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | hordero.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | hordero.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | hordero.onshopbase.com | | | | |
| Vicky | Vu | vickyvustylist@gmail.com | zzbike.onshopbase.com | | | | Vietnam |
| Khoa | Nguyen | contact.evatiamo@gmail.com | evatiamo.onshopbase.com | | | | Australia |
| ezmanclothin | staff | ezmanclothing.staff@gmail.com | evatiamo.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | tonewavi.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | tonewavi.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | tonewavi.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | tonewavi.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | tonewavi.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | tonewavi.onshopbase.com | | | | |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP_Up | San Pham | clone2.avocado@gmail.com | tonewavi.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | tonewavi.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | tonewavi.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | ciansfin.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | ciansfin.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | ciansfin.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | ciansfin.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | ciansfin.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | ciansfin.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | ciansfin.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | ciansfin.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | ciansfin.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | greydard.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | greydard.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | greydard.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | greydard.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | greydard.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | greydard.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | greydard.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | greydard.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | greydard.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | implaker.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | implaker.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | implaker.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | implaker.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | implaker.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | implaker.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | implaker.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | implaker.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | implaker.onshopbase.com | | | | United St |
| Ke | Toan | ketoan.avocado@gmail.com | sublacti.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | sublacti.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | sublacti.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | sublacti.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | sublacti.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | sublacti.onshopbase.com | | | | United St |
| Hài | Trần | tranhaiads1990@gmail.com | sublacti.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | sublacti.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | sublacti.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | broweboy.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | broweboy.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | broweboy.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | broweboy.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | broweboy.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | broweboy.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | broweboy.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | broweboy.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | broweboy.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | btrone.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | btrone.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | btrone.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | btrone.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | btrone.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | btrone.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | btrone.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | btrone.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | btrone.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | sysnesty.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | sysnesty.onshopbase.com | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SP_Check | Design | clone1.avocado@gmail.com | sysnesty.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | sysnesty.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | sysnesty.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | sysnesty.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | sysnesty.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | sysnesty.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | sysnesty.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | quantzar.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | quantzar.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | quantzar.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | quantzar.onshopbase.com | | | | United St |
| Hài | Trần | tranhaiads1990@gmail.com | quantzar.onshopbase.com | | | | |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | quantzar.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | quantzar.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | quantzar.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | quantzar.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | scansimo.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | scansimo.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | scansimo.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | scansimo.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | scansimo.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | scansimo.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | scansimo.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | scansimo.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | scansimo.onshopbase.com | | | | |
| Macy | Daugherty | aquacozy.com@gmail.com | stipede.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | stipede.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | stipede.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | stipede.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | stipede.onshopbase.com | | | | |
| SP_Check | Design | clone1.avocado@gmail.com | stipede.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | stipede.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | stipede.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | stipede.onshopbase.com | | | | |
| Joslyn | Clow | lionbreak.com@gmail.com | mulinger.onshopbase.com | | | | United St |
| Dương | Bình | duongbinh.mt94@gmail.com | astrohuman.onshopbase.com | | | | Vietnam |
| Hoang | Nguyen | hosocorp2019@gmail.com | mcro.onshopbase.com | | | | Vietnam |
| Minas | John | truongnv2806@gmail.com | minastee-online.onshopbase.com | | | | United St |
| Nguyen | Quynh | hoaoaihuong1203@gmail.com | flossibi.onshopbase.com | | | | |
| Ke | Toan | ketoan.avocado@gmail.com | flossibi.onshopbase.com | | | | |
| Chanh | Ly | chanhulisbg@gmail.com | flossibi.onshopbase.com | | | | |
| Chanh | CS | chanh.avocado@gmail.com | flossibi.onshopbase.com | | | | |
| SP_Up | San Pham | clone2.avocado@gmail.com | flossibi.onshopbase.com | | | | |
| Hài | Trần | tranhaiads1990@gmail.com | flossibi.onshopbase.com | | | | |
| Le | Chuc | chuclt1605@gmail.com | flossibi.onshopbase.com | | | | |
| Joslyn | Clow | lionbreak.com@gmail.com | flossibi.onshopbase.com | | | | United St |
| Ryan | Lin | getteesshirts@gmail.com | graphicfans.onshopbase.com | | | | China |
| Nguyễn | Trường | cafebuibmt@gmail.com | uniquetest.onshopbase.com | | | | Vietnam |
| Brian | Le | gaozzzkhanh@gmail.com | azcozy-hubs.onshopbase.com | | | | |
| Nguyen | Oanh | nguyenkimoanh127@gmail.com | azcozy-hubs.onshopbase.com | | | | |
| Le Manh | Thang | lmthang202@gmail.com | azcozy-hubs.onshopbase.com | | | | |
| Hoang | Vu | hoangvk.tqn@gmail.com | azcozy-hubs.onshopbase.com | | | | |
| | | bulletproofbm9@gmail.com | azcozy-hubs.onshopbase.com | | | | |
| Azcozy | Hubs | azcozyhubs@gmail.com | azcozy-hubs.onshopbase.com | | | | Vietnam |
| Comfy | Hubs | comfyhubs@gmail.com | comfy-hubs.onshopbase.com | | | | Vietnam |
| Brian | Le | gaozzzkhanh@gmail.com | comfy-hubs.onshopbase.com | | | | |
| Hoang | Vu | hoangvk.tqn@gmail.com | comfy-hubs.onshopbase.com | | | | |
| Le Manh | Thang | lmthang202@gmail.com | comfy-hubs.onshopbase.com | | | | |
| Nguyen | Oanh | nguyenkimoanh127@gmail.com | comfy-hubs.onshopbase.com | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | bulletproofbm9@gmail.com | comfy-hubs.onshopbase.com | | | |
| **Anh** | Le Quoc | anhlq.evnit@gmail.com | 1click.onshopbase.com | | | Vietnam |
| **Trung** | Đỗ | nguyentrungmeo1233@gmail.com | holohor1.onshopbase.com | | | Vietnam |
| **Đạt** | Nguyễn | kayleescott322@gmail.com | chxhcnvn.onshopbase.com | | | United St |