# EXHIBIT E

| Company | Website Owned | Connection to Printabel |
|---|---|---|
| Lam Nguyen | ggs08.onshopbase.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | ggs10.onshopbase.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | lushsneaker.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | ggs13.onshopbase.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | pushfully.onshopbase.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | deplonia.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | leruitry.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Lam Nguyen | wisdota-com.onshopbase.com | Uses support@bonzstore.com email address as support address; same PayPal account ID (AQjol4yfXog489qgI8IljN97UOS6jqg8RSTBSo-FyJXub47TAuJJvsUfv_onZ6iPx4K0-PX6BSp5pWTA); shared IP addresses (42.115.206.204, 92.38.148.54, 27.76.200.185, 14.177.253.70, 244.86.16.105, 158.222.6.222, 117.0.193.232, 1.55.239.203, 180.93.4.144, 247.247.95.226, 250.154.142.11, 253.190.111.160, 171.236.57.110, 59.153.252.39, 180.93.5.240, 117.0.199.252, 182.16.103.155, 123.16.230.91, 118.71.192.47, 118.70.42.129, 248.181.89.158, 14.232.245.211, 247.246.15.196, 222.252.21.23); same IPv6 addresses (2402:800:411e:7dca:5527:e19f:cddd:2e9e, 2402:800:412d:d079:b530:8ee9:a0d:6263, 2402:800:4142:60b3:715b:92f0:1ca6:ff1d, 2402:800:416e:87f8:1c76:cce78:f1b0:2c54, 2405:4800:149e:c1a3:60e6:33a1:833b:6080, 2402:9d80:224:628f:4153:9894:78be:725c, 2001:ee0:4141:233d:2944:5637:8bcd:bf30, 2405:4800:1496:fe81:e028:2fa8:36fe:96ad, 2001:ee0:4141:aaa3:e585:5c35:e4ed:c567, 2402:9d80:22b:eeeb:57d:d427:fe8c:580c, 2402:800:61ae:b767:3df2:8371:fca3:3733) |
| Macy Daughtery | erfourse.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | wysdman.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | sporcpea.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |

| | | |
|---|---|---|
| Macy Daughtery | univeme.onshopbase.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | zaktez.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | ascenpo.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | encedire.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | gerlati.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | hordero.onshopbase.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | tonewavi.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | ciansfin.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | greydard.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | implaker.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | sublacti.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | broweboy.onshopbase.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | btrone.onshopbase.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | sysnesty.onshopbase.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | quantzar.onshopbase.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | scansimo.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| Macy Daughtery | stipede.com | Uses aquacozy.com@gmail.com email address; shared IP addresses (14.231.159.56, 14.232.245.169, 118.70.68.175, 118.68.165.80) |
| AZCozy Hubs | azcozyhubs.com | Uses azcozy name |
| Comfy Hubs | comfyhubs.com | Uses comfyhubs name |
| Joslyn Clow | mulinger.onshopbase.com | Shared IP addresses (14.231.159.56, 183.81.97.152, 118.70.68.222, 14.232.245.169, 27.66.142.119, 118.70.68.175, 118.68.165.80); same IPv6 addresses (2001:ee0:4141:aaa3:1184:9382:8cd5:18fd) |
| Joslyn Clow | flossibi.com | Shared IP addresses (14.231.159.56, 183.81.97.152, 118.70.68.222, 14.232.245.169, 27.66.142.119, 118.70.68.175, 118.68.165.80); same IPv6 addresses (2001:ee0:4141:aaa3:1184:9382:8cd5:18fd) |
| Do Trung | holohor1.onshopbase.com | Shared IP addresses (14.231.159.56, 183.81.97.152, 118.70.68.222, 14.232.245.169, 27.66.142.119, 118.70.68.175, 118.68.165.80); same IPv6 addresses (2001:ee0:4141:aaa3:1184:9382:8cd5:18fd) |
| Do Trung | palmeyhomey.com | Shared IP addresses (14.231.159.56, 183.81.97.152, 118.70.68.222, 14.232.245.169, 27.66.142.119, 118.70.68.175, 118.68.165.80); same IPv6 addresses (2001:ee0:4141:aaa3:1184:9382:8cd5:18fd) |
| Do Trung | richleen.com | Shared IP addresses (14.231.159.56, 183.81.97.152, 118.70.68.222, 14.232.245.169, 27.66.142.119, 118.70.68.175, 118.68.165.80); same IPv6 addresses (2001:ee0:4141:aaa3:1184:9382:8cd5:18fd) |
| Santino Bruen | cozzian.net | Shared IP address (14.232.245.169); Email address of support@strantie.com (admitted to be owned by Printabel, see PageID.680); Email address of lionbreak.com@gmail.com (same email as accounts under Joslyn Clow) |