# EXHIBIT F

**Subject:** You have authorized a payment to PRINTABEL COMPANY LIMITED
**Date:** Thursday, February 20, 2020 at 6:21:08 PM Eastern Standard Time
**From:** service@paypal.com
**To:** John Di Giacomo

paypal

Feb 20, 2020 15:20:55 PST
Transaction ID: 4BT02400XB846551N

**Hello Revision Legal, LLC,**

**You authorized a transaction to PRINTABEL COMPANY LIMITED . Money won't leave your account until PRINTABEL COMPANY LIMITED processes your order.**

Thanks for using PayPal. To see the full transaction details, log in to your PayPal account. Keep in mind, it may take a few moments for this transaction to appear.

**Merchant**
PRINTABEL COMPANY LIMITED
tumblers@printabel.net

**Instructions to merchant**
You haven't entered any instructions.

**Shipping address**
Revision Legal, LLC
440 N. Spruce St.
Traverse City, MI 49684
United States

| Description | Unit price | Qty | Amount |
| --- | --- | --- | --- |
| 1000000037158640 / 20 Oz Stainless Steel | $29.95 USD | 1 | $29.95 USD |

|  |  |
| --- | --- |
| Subtotal | $29.95 USD |
| Shipping and handling | $6.95 USD |
| **Total** | **$36.90 USD** |
| **Payment** | **$36.90 USD** |

Payment sent from john@revisionlegal.com

The final payment amount may change when the merchant completes the order.

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

 Questions? Go to the Help Center at www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to

your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1-888-221-1161. You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:21699fde69afd

**Page 2 of 2**

**Subject:** Order #CUPBASE-44677 confirmed
**Date:** Thursday, February 20, 2020 at 6:21:04 PM Eastern Standard Time
**From:** Cupbase.com
**To:** John Di Giacomo



ORDER #CUPBASE-44677

Hi John,

We're happy to let you know that we received your order #CUPBASE-44677 and will begin processing it right away. Please allow up to **13 - 15 business days** for processing. Shipping times typically take anywhere **3-5 business days**. Total estimated delivery is within 16 - 20 business days.

You will receive an email with a tracking number once your item has shipped.

Please review your selection below and be informed that your order is only eligible to be cancelled or modified within 12 hours of placing the order. After that time, the order is locked for processing and can no longer be cancelled.

Thank you for shopping with us!

**View your order**

Or Visit our store

## Order summary

Order summary

**Some Days Are Better Pug Personalized Tumbler**
M09T9 x 1                                                                                                          $29.95

| | |
|---|---|
| Subtotal | $29.95 |
| Shipping | $6.95 |

| | |
|---|---|
| **Total** | **$36.90** |
| **PayPal** | $36.90 |

## Customer information

### Shipping address

JohnDi Giacomo
440 N. Spruce St.

Traverse City
Michigan
49684
United States

### Billing address

JohnDi Giacomo
440 N. Spruce St.

Traverse City
Michigan
49684
United States

### Shipping method

Standard Shipping

### Payment method

PayPal - **$36.90**