# EXHIBIT G



## Account Info for DONG THUY PHAN THIEN HA

### User Info

| | | |
|---|---|---|
| First Name: | THUY PHAN THIEN HA |
| Middle Name: | |
| Last Name: | DONG |
| SSN: | |
| TIN: | |
| DOB: | May 26, 1990 |
| Credit Card Statement Name: | ZONBUBBLE |
| Email: | pay02@hiweb.com |

### Business Info

| | |
|---|---|
| Name: | PRINTABEL COMPANY LIMITED |
| URL: | http://www.cupbase.com |
| Customer Service Phone: | |

### Account Info

| | |
|---|---|
| Account Status: | **Limited** |
| Account #: | ████ 1794 |
| Account Type: | Business - Hong Kong Verified - Cat403KI (Hong Kong) - Merchant Manager |
| Time Created: | Nov 6, 2018 14:41:20 GMT+08:00 |

### Financials

| | |
|---|---|
| Account Balance: | $132,951.87 USD (Primary)<br>$0.00 HKD<br><br>$1,007,357.91 HKD * |
| Total Amount Sent (USD Equiv): | $0.00 USD |
| Total Amount Received: | $5,585,747.50 USD |
| Amount Received:<br>(A month is determined by user's signup date, NOT by a calendar month) | Current Month: $2,819,680.54 USD<br>Last 3 Months: $0.00 USD<br>$0.00 USD<br>$0.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 HKD* (0 % - $0.00 HKD) [Details] |
| Rolling Reserve Balance: | $907,319.16 HKD* (20 % - 60 days)<br>$119,748.68 USD [Details] |
| Release Amount: | Merchant Communicated about the setting? Yes<br>Monitoring Disabled? No<br>$0.00 HKD* (100 % - 21 days) on All, Exclude Donations, Exclude Adaptive Payment Transactions<br>$0.00 USD<br>Start Date : Oct/05/2019<br>Release Amount : $2,000,000.00 USD<br>Reason Codes: SRP4(Increase in processing volume or AMV)<br>[Details] |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| pay02@hiweb.com | ✓ | ✓ | ✓ |
| payment@zonbubble.com | | | |

### Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| Tuan Nguyen van | tuanpphk | API Activation & Authorization, Request Money, Cancel Payments, Refunds, Scheduled Downloadable Log Access, Authorizations and Settlements, Permission To Speak, Reference Transaction | ✓ |
| Son Nguyen van | sonpaypalhk | Request Money, Add Funds, Cancel Payments, Refunds, Scheduled Downloadable Log Access, Virtual Terminal, Authorizations and Settlements, Permission To Speak, Reference Transaction | ✓ |

### Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +852 81915237 | Work | Unconfirmed |
| +84 975830298 | Mobile | Unconfirmed |

### Addresses

| Date Entered | Address | Use |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11/6/2018 | PRINTABEL COMPANY LIMITED<br>Unit 1411, 14/Floor, Cosco Tower 183 Queen's Road Central, Sheung Wan, Hong Kong<br>Hong Kong | | | |
| 11/6/2018 | PRINTABEL COMPANY LIMITED<br>Unit 1411, 14/Floor, Cosco Tower 183 Queen's Road Central, Sheung Wan, Hong Kong<br>Hong Kong | | (Home) | |
| 9/20/2019 | Unit 1411, 14/Floor, Cosco Tower 183 Queen's Road Central, Sheung Wan, Hong Kong<br>Hong Kong | | (Third Party Added)<br>(Hidden) | |

**IP Summary**

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 182.16.101.5 | 501 | Oct 3, 2019 11:10:02 GMT+08:00 | Feb 21, 2020 18:38:40 GMT+08:00 | |
| 182.16.101.11 | 16 | Oct 10, 2019 15:09:08 GMT+08:00 | Feb 21, 2020 15:40:44 GMT+08:00 | |
| 123.20.210.11 | 5 | Feb 17, 2020 23:01:00 GMT+08:00 | Feb 18, 2020 19:48:28 GMT+08:00 | |
| 113.173.238.42 | 6 | Jan 31, 2020 15:06:22 GMT+08:00 | Feb 15, 2020 06:05:13 GMT+08:00 | |
| 123.22.110.140 | 1 | Jan 30, 2020 06:33:54 GMT+08:00 | Jan 30, 2020 06:33:54 GMT+08:00 | |
| 123.20.130.44 | 1 | Jan 2, 2020 23:52:36 GMT+08:00 | Jan 2, 2020 23:52:36 GMT+08:00 | |
| 113.173.230.73 | 1 | Dec 9, 2019 03:23:45 GMT+08:00 | Dec 9, 2019 03:23:45 GMT+08:00 | |
| 123.20.220.122 | 2 | Dec 3, 2019 10:22:14 GMT+08:00 | Dec 3, 2019 11:56:30 GMT+08:00 | |
| 203.160.71.171 | 2 | Nov 28, 2019 15:22:18 GMT+08:00 | Nov 28, 2019 17:16:15 GMT+08:00 | |
| 14.187.100.103 | 8 | Oct 9, 2019 15:07:48 GMT+08:00 | Oct 21, 2019 15:42:08 GMT+08:00 | |
| 207.228.78.191 | 1 | Oct 10, 2019 10:16:23 GMT+08:00 | Oct 10, 2019 10:16:23 GMT+08:00 | |
| 73.180.39.31 | 1 | Oct 10, 2019 09:02:43 GMT+08:00 | Oct 10, 2019 09:02:43 GMT+08:00 | |
| 134.41.238.170 | 1 | Oct 10, 2019 08:30:09 GMT+08:00 | Oct 10, 2019 08:30:09 GMT+08:00 | |
| 73.112.86.95 | 1 | Oct 10, 2019 07:09:29 GMT+08:00 | Oct 10, 2019 07:09:29 GMT+08:00 | |
| 205.250.239.132 | 1 | Oct 10, 2019 06:02:18 GMT+08:00 | Oct 10, 2019 06:02:18 GMT+08:00 | |
| 74.206.131.38 | 1 | Oct 10, 2019 04:35:35 GMT+08:00 | Oct 10, 2019 04:35:35 GMT+08:00 | |
| 107.77.201.220 | 1 | Oct 9, 2019 20:08:39 GMT+08:00 | Oct 9, 2019 20:08:39 GMT+08:00 | |
| 107.77.219.230 | 1 | Oct 9, 2019 13:49:14 GMT+08:00 | Oct 9, 2019 13:49:14 GMT+08:00 | |
| 108.239.189.30 | 1 | Oct 9, 2019 11:43:36 GMT+08:00 | Oct 9, 2019 11:43:36 GMT+08:00 | |
| 74.207.178.100 | 1 | Oct 9, 2019 09:10:33 GMT+08:00 | Oct 9, 2019 09:10:33 GMT+08:00 | |
| 65.26.133.44 | 1 | Oct 9, 2019 08:32:33 GMT+08:00 | Oct 9, 2019 08:32:33 GMT+08:00 | |
| 74.14.8.188 | 1 | Oct 9, 2019 07:37:05 GMT+08:00 | Oct 9, 2019 07:37:05 GMT+08:00 | |
| 47.28.202.251 | 1 | Oct 9, 2019 06:31:31 GMT+08:00 | Oct 9, 2019 06:31:31 GMT+08:00 | |
| 162.246.45.79 | 1 | Oct 9, 2019 04:53:39 GMT+08:00 | Oct 9, 2019 04:53:39 GMT+08:00 | |
| 216.110.254.174 | 1 | Oct 9, 2019 01:00:43 GMT+08:00 | Oct 9, 2019 01:00:43 GMT+08:00 | |
| 75.158.197.57 | 1 | Oct 8, 2019 23:45:33 GMT+08:00 | Oct 8, 2019 23:45:33 GMT+08:00 | |
| 184.68.127.34 | 1 | Oct 8, 2019 22:50:28 GMT+08:00 | Oct 8, 2019 22:50:28 GMT+08:00 | |
| 24.117.168.153 | 1 | Oct 8, 2019 21:03:41 GMT+08:00 | Oct 8, 2019 21:03:41 GMT+08:00 | |
| 174.230.139.14 | 1 | Oct 8, 2019 20:43:38 GMT+08:00 | Oct 8, 2019 20:43:38 GMT+08:00 | |
| 173.61.84.12 | 1 | Oct 8, 2019 17:09:49 GMT+08:00 | Oct 8, 2019 17:09:49 GMT+08:00 | |
| 66.183.151.44 | 1 | Oct 8, 2019 15:22:20 GMT+08:00 | Oct 8, 2019 15:22:20 GMT+08:00 | |
| 104.188.233.67 | 1 | Oct 8, 2019 13:44:31 GMT+08:00 | Oct 8, 2019 13:44:31 GMT+08:00 | |
| 24.178.169.168 | 1 | Oct 8, 2019 11:20:25 GMT+08:00 | Oct 8, 2019 11:20:25 GMT+08:00 | |
| 162.234.90.13 | 2 | Oct 7, 2019 21:16:33 GMT+08:00 | Oct 8, 2019 10:10:36 GMT+08:00 | |
| 173.252.3.62 | 1 | Oct 8, 2019 08:42:56 GMT+08:00 | Oct 8, 2019 08:42:56 GMT+08:00 | |
| 107.77.223.233 | 1 | Oct 8, 2019 06:21:38 GMT+08:00 | Oct 8, 2019 06:21:38 GMT+08:00 | |
| 174.99.105.173 | 1 | Oct 8, 2019 04:33:51 GMT+08:00 | Oct 8, 2019 04:33:51 GMT+08:00 | |
| 171.227.165.108 | 1 | Oct 7, 2019 23:10:45 GMT+08:00 | Oct 7, 2019 23:10:45 GMT+08:00 | |
| 174.90.223.243 | 1 | Oct 7, 2019 22:08:16 GMT+08:00 | Oct 7, 2019 22:08:16 GMT+08:00 | |
| 99.203.48.5 | 1 | Oct 7, 2019 20:08:47 GMT+08:00 | Oct 7, 2019 20:08:47 GMT+08:00 | |
| 144.132.67.26 | 1 | Oct 7, 2019 15:12:05 GMT+08:00 | Oct 7, 2019 15:12:05 GMT+08:00 | |
| 75.155.5.156 | 1 | Oct 7, 2019 13:00:00 GMT+08:00 | Oct 7, 2019 13:00:00 GMT+08:00 | |
| 172.58.83.63 | 1 | Oct 7, 2019 11:03:21 GMT+08:00 | Oct 7, 2019 11:03:21 GMT+08:00 | |

| IP | Count | First Seen | Last Seen |
|---|---|---|---|
| 24.150.177.37 | 1 | Oct 7, 2019 10:10:02 GMT+08:00 | Oct 7, 2019 10:10:02 GMT+08:00 |
| 65.25.169.26 | 1 | Oct 7, 2019 09:00:55 GMT+08:00 | Oct 7, 2019 09:00:55 GMT+08:00 |
| 107.77.217.108 | 1 | Oct 7, 2019 08:10:01 GMT+08:00 | Oct 7, 2019 08:10:01 GMT+08:00 |
| 99.203.100.197 | 1 | Oct 7, 2019 07:12:06 GMT+08:00 | Oct 7, 2019 07:12:06 GMT+08:00 |
| 75.162.27.1 | 1 | Oct 7, 2019 06:04:21 GMT+08:00 | Oct 7, 2019 06:04:21 GMT+08:00 |
| 172.77.221.2 | 1 | Oct 7, 2019 05:01:17 GMT+08:00 | Oct 7, 2019 05:01:17 GMT+08:00 |
| 49.197.103.18 | 1 | Oct 7, 2019 04:12:30 GMT+08:00 | Oct 7, 2019 04:12:30 GMT+08:00 |
| 172.56.28.16 | 1 | Oct 7, 2019 00:05:52 GMT+08:00 | Oct 7, 2019 00:05:52 GMT+08:00 |
| 107.133.116.184 | 1 | Oct 6, 2019 22:28:52 GMT+08:00 | Oct 6, 2019 22:28:52 GMT+08:00 |
| 72.143.201.13 | 1 | Oct 6, 2019 21:00:19 GMT+08:00 | Oct 6, 2019 21:00:19 GMT+08:00 |
| 24.137.86.202 | 1 | Oct 6, 2019 20:03:10 GMT+08:00 | Oct 6, 2019 20:03:10 GMT+08:00 |
| 134.41.209.142 | 1 | Oct 6, 2019 19:13:48 GMT+08:00 | Oct 6, 2019 19:13:48 GMT+08:00 |
| 24.231.6.246 | 1 | Oct 6, 2019 12:02:19 GMT+08:00 | Oct 6, 2019 12:02:19 GMT+08:00 |
| 174.5.110.16 | 1 | Oct 6, 2019 11:15:45 GMT+08:00 | Oct 6, 2019 11:15:45 GMT+08:00 |
| 184.99.168.11 | 1 | Oct 6, 2019 10:11:25 GMT+08:00 | Oct 6, 2019 10:11:25 GMT+08:00 |
| 207.172.201.61 | 1 | Oct 6, 2019 09:33:52 GMT+08:00 | Oct 6, 2019 09:33:52 GMT+08:00 |
| 73.163.13.102 | 1 | Oct 6, 2019 08:02:40 GMT+08:00 | Oct 6, 2019 08:02:40 GMT+08:00 |
| 174.228.2.199 | 1 | Oct 6, 2019 07:29:54 GMT+08:00 | Oct 6, 2019 07:29:54 GMT+08:00 |
| 73.23.62.39 | 1 | Oct 6, 2019 06:41:38 GMT+08:00 | Oct 6, 2019 06:41:38 GMT+08:00 |
| 72.143.218.23 | 1 | Oct 6, 2019 05:01:13 GMT+08:00 | Oct 6, 2019 05:01:13 GMT+08:00 |
| 24.65.49.192 | 1 | Oct 6, 2019 04:11:09 GMT+08:00 | Oct 6, 2019 04:11:09 GMT+08:00 |
| 71.227.88.141 | 2 | Oct 5, 2019 08:09:41 GMT+08:00 | Oct 6, 2019 03:16:56 GMT+08:00 |
| 99.199.117.42 | 1 | Oct 6, 2019 02:06:05 GMT+08:00 | Oct 6, 2019 02:06:05 GMT+08:00 |
| 108.87.24.155 | 1 | Oct 6, 2019 01:00:16 GMT+08:00 | Oct 6, 2019 01:00:16 GMT+08:00 |
| 37.120.157.52 | 1 | Oct 5, 2019 23:19:44 GMT+08:00 | Oct 5, 2019 23:19:44 GMT+08:00 |
| 24.162.252.58 | 1 | Oct 5, 2019 22:12:53 GMT+08:00 | Oct 5, 2019 22:12:53 GMT+08:00 |
| 47.185.212.20 | 1 | Oct 5, 2019 21:32:22 GMT+08:00 | Oct 5, 2019 21:32:22 GMT+08:00 |
| 68.41.107.90 | 1 | Oct 5, 2019 20:06:30 GMT+08:00 | Oct 5, 2019 20:06:30 GMT+08:00 |
| 47.55.69.251 | 1 | Oct 5, 2019 17:37:45 GMT+08:00 | Oct 5, 2019 17:37:45 GMT+08:00 |
| 144.172.200.62 | 1 | Oct 5, 2019 13:07:54 GMT+08:00 | Oct 5, 2019 13:07:54 GMT+08:00 |
| 173.181.121.19 | 1 | Oct 5, 2019 12:08:37 GMT+08:00 | Oct 5, 2019 12:08:37 GMT+08:00 |
| 99.123.177.83 | 1 | Oct 5, 2019 11:00:13 GMT+08:00 | Oct 5, 2019 11:00:13 GMT+08:00 |
| 24.202.65.20 | 1 | Oct 5, 2019 10:20:07 GMT+08:00 | Oct 5, 2019 10:20:07 GMT+08:00 |
| 172.58.111.144 | 1 | Oct 5, 2019 09:22:37 GMT+08:00 | Oct 5, 2019 09:22:37 GMT+08:00 |
| 70.180.8.101 | 1 | Oct 5, 2019 07:37:52 GMT+08:00 | Oct 5, 2019 07:37:52 GMT+08:00 |
| 182.16.103.19 | 83 | Jul 27, 2019 14:20:15 GMT+08:00 | Oct 2, 2019 16:30:39 GMT+08:00 |
| 113.173.228.174 | 3 | Sep 25, 2019 00:09:48 GMT+08:00 | Sep 27, 2019 20:05:01 GMT+08:00 |
| 123.20.208.200 | 13 | Aug 12, 2019 12:12:52 GMT+08:00 | Sep 1, 2019 17:26:24 GMT+08:00 |
| 14.0.168.47 | 2 | Aug 5, 2019 13:02:28 GMT+08:00 | Aug 5, 2019 14:31:46 GMT+08:00 |
| 123.20.254.71 | 6 | Jul 24, 2019 15:01:00 GMT+08:00 | Jul 29, 2019 23:35:48 GMT+08:00 |
| 42.112.20.107 | 4 | Jul 26, 2019 18:15:42 GMT+08:00 | Jul 26, 2019 18:27:35 GMT+08:00 |
| 123.20.84.232 | 1 | Jul 5, 2019 23:47:13 GMT+08:00 | Jul 5, 2019 23:47:13 GMT+08:00 |
| 14.187.126.209 | 4 | May 27, 2019 10:39:30 GMT+08:00 | May 27, 2019 15:48:01 GMT+08:00 |
| 45.125.239.206 | 3 | May 27, 2019 11:22:24 GMT+08:00 | May 27, 2019 11:40:36 GMT+08:00 |
| 123.20.219.139 | 1 | Apr 5, 2019 11:14:20 GMT+08:00 | Apr 5, 2019 11:14:20 GMT+08:00 |
| 14.169.145.22 | 1 | Nov 11, 2018 01:14:27 GMT+08:00 | Nov 11, 2018 01:14:27 GMT+08:00 |
| 100.64.52.254 | 3 | Nov 6, 2018 14:41:21 GMT+08:00 | Nov 6, 2018 14:43:28 GMT+08:00 |

| | IP Protection | Disabled | [Toggle] |
|---|---|---|---|

### Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| Others - EE Legal order received | | Feb 21, 2020 23:38:34 GMT+08:00 | |
| KYB Alias PreWarning | | Oct 3, 2019 11:18:07 GMT+08:00 | |

### Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Unconfirmed (rand dep not yet initiated) | BANK OF AMERICA, N.A. | THUY PHAN THIEN HA DONG | 061000052 | ██████6433 |
| Checking | Active | Unconfirmed (rand dep not yet initiated) | FIRST CENTURY BANK, N.A. | THUY PHAN THIEN HA DONG | 061120084 | ██████7110 |

### Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|

No Credit cards on file

### Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|

No Debit cards on file

### Secure Card Attributes

| | |
|---|---|
| Billing Address: | |
| Secure Card Numbers: | N/A  **[View all card numbers]** |
| Backup Funding Source: | N/A |
| Daily Spending Limit | $500 |

### PayPal Cards

#### PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |
| Account Status: | |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

### Auctions

| Auction User ID | Auction Manager User ID |
|---|---|

No Auctions on file

Go to top

### Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.