# EXHIBIT H

| Platform | Account Num | Profile ID | Agent Info | Txn ID | Encrypted Txn ID | Parent Txn ID |
|---|---|---|---|---|---|---|
| PAYPAL | 1489824538803101794 | | | 20131101555959878 | 8MN74267EJ060633Y | PARENT |
| PAYPAL | 1489824538803101794 | | | 2013110640055435 | 5WY11467YN560622A | PARENT |
| PAYPAL | 1489824538803101794 | | | 2013110640041618 | 73K268407A142252U | PARENT |
| PAYPAL | 1489824538803101794 | | | 2013110640159976 | 76247761DR186370G | PARENT |

| Created Date | Updated Date | USD Equivale | Local Currenc | Local Currenc | Shipping Add |
|---|---|---|---|---|---|
| 02-17-2020 19:13:32 | 02-17-2020 19:13:32 | 327900 | 327900 | USD | |
| 02-17-2020 19:06:45 | 02-17-2020 19:06:45 | 100 | 100 | USD | |
| 02-17-2020 19:02:06 | 02-17-2020 19:02:06 | 100 | 100 | USD | |
| 02-17-2020 19:11:33 | 02-17-2020 19:11:33 | 327848 | 327848 | USD | |

| Funding Source | Backup Fundi | Other Financia | Bank Account | Bank HMAC | Card Number | Card Hash |
|---|---|---|---|---|---|---|
| BANK | | | | bPmKkNS2.dLSROKM9r88qYHwKmU | ABcLOjUx.0kV9GAf4y2qY0Fb8jXTs0ClGOk6h | |
| BANK | | | | bPmKkNS2.dLSROKM9r88qYHwKmU | ABcLOjUx.0kV9GAf4y2qY0Fb8jXTs0ClGOk6h | |
| BANK | | | | FR634bUUYh.lWbRGeSk3J673q30 | ABcLOTD-.0QVtEio3m0RQKpLqTPBn9Xo-qfh | |
| BANK | | | | bPmKkNS2.dLSROKM9r88qYHwKmU | ABcLOjUx.0kV9GAf4y2qY0Fb8jXTs0ClGOk6h | |

| Card Bin HMAC | Issuer | Balance | Balance Impac |
|---|---|---:|---|
| ɪrv51n6wSnjifjVDcdFCK2CbKB6x2JmarRMgkH8LQFo | BANK OF AMERICA, N.A. | 37.21 | DR |
| ɪrv51n6wSnjifjVDcdFCK2CbKB6x2JmarRMgkH8LQFo | BANK OF AMERICA, N.A. | 327811.87 | DR |
| ɔCdmtFfmv6ubqdUkLz1ZQkakjsypetstPOF8Wew | FIRST CENTURY BANK, N.A. | 327883.59 | DR |
| ɪrv51n6wSnjifjVDcdFCK2CbKB6x2JmarRMgkH8LQFo | BANK OF AMERICA, N.A. | 49.87 | DR |

| Is a Loss | Transaction Type | Status | Item Title | Notes | Subject | ACH Return C | Transaction ta |
|---|---|---|---|---|---|---|---|
| | General Withdrawal | Completed | | | | | |
| | General Withdrawal | Completed | | | | | |
| | General Withdrawal | Completed | | | | | |
| | General Withdrawal | Denied_Cancelled | | | | | |

| Auction Seller | Counterparty | Counterparty | Counterparty | Counterparty | Counterparty | Counterparty | Counterparty | Auction Buyer | Counterparty |
|---|---|---|---|---|---|---|---|---|---|

| Referring URL | IP Address | Origin IP Add | Month | Year | isSuccessful |
|---|---|---|---|---|---|
| | | | February | 2020 | TRUE |
| | | | February | 2020 | TRUE |
| | | | February | 2020 | TRUE |
| | | | February | 2020 | FALSE |