# EXHIBIT I



SHOP   HOME   COLLECTIONS   SHIPPING   ABOUT US   CONTACT US



### TROUT FISH BL3112216F SHERPA FLEECE BLANKET POD0102G403531

**$39.95**

Size: Small

[ SMALL ]  [ MEDIUM ]  [ LARGE ]  [ XLARGE ]

1

**ADD TO CART**



Share:

---

## DESCRIPTION

- Size:
  - Small: 48" x 36"
  - Medium: 60" x 45"
  - Large: 72" x 54"
  - X-Large: 80" x 60"

**SHERPA FLEECE BLANKET:** perfect to use when cold nights watching TV, reading a book on a couch, watching a movie or fireside chats.

**SOFT & WARM:** Reversible super soft crystal velvet on one side, plush super warm lambswool sherpa fleece on the inside.

**FABRIC CONTENT:** 100% polyester, fine for people with sensitive skin or allergies, also completely resistant to shrinking and wrinkling.

**EASY CARE**: Machine washes cold, tumble dry on low heat. Avoid direct heat. Do not use bleach. Made with shrink-resistant fabric.

- We use DHL Shipping to ship your order!
  - **Production Time:** 7 - 10 days. Your blanket is made-to-order only for you so the production time will be a little bit longer than usual. Please be patient!
  - **Processing Time:** 1 - 2 days. We need to ship your made-to-order blanket to our warehouse, put your name and address on it and ship it to **DHL**.
  - **Shipping Time:** 8 - 12 days via **DHL Shipping.**
  - **Shipping Cost:**
    - DHL Shipping: $10
    - DHL Express Shipping: $15.
  - Made with so much love.

---

### Recently viewed & featured recommendations



| Rainbow Trout CL30100256MDF S... | Fish BL300990F Sherpa Fleece Bla... | Rainbow trout CLA041135F Sherp... | Brook Trout Lair TN0201019TT Sher... | Fish CL21110365MDF Sh... | Trout CLM0111286 Quilt Blanket POD... |
| $39.95 | $39.95 | $39.95 | $39.95 | $39.95 | $49.95 |

---

**MAIN MENU**
Shop
HOME
Collections
Shipping
About Us
Contact Us

**CONTACT US**
Email: support@comfyhubz.com
Address: 10685-B Hazelhurst Dr
Houston, TX 77043
USA
DMCA Takedown notice

**POLICIES**
Privacy policy
Terms of Service
Shipping policy
Refund policy

DMCA Report

© 2020 COMFY HUBZ.



SHOP   HOME   COLLECTIONS   SHIPPING   ABOUT US   CONTACT US





## TROUT FISH BL3112216F SHERPA FLEECE BLANKET POD1601G322475

**$39.95**

**Size:** Small

SMALL   MEDIUM   LARGE   XLARGE

1   ADD TO CART

Guaranteed SAFE Checkout

Share:

### DESCRIPTION

- Size:
  - Small: 48" x 36"
  - Medium: 60" x 45"
  - Large: 72" x 54"
  - X-Large: 80" x 60"

**SHERPA FLEECE BLANKET:** perfect to use when cold nights watching TV, reading a book on a couch, watching a movie or fireside chats.

**SOFT & WARM:** Reversible super soft crystal velvet on one side, plush super warm lambswool sherpa fleece on the inside.

**FABRIC CONTENT:** 100% polyester, fine for people with sensitive skin or allergies, also completely resistant to shrinking and wrinkling.

**EASY CARE**: Machine washes cold, tumble dry on low heat. Avoid direct heat. Do not use bleach. Made with shrink-resistant fabric.

- We use DHL Shipping to ship your order!
  - **Production Time:** 7 - 10 days. Your blanket is made-to-order only for you so the production time will be a little bit longer than usual. Please be patient!
  - **Processing Time:** 1 - 2 days. We need to ship your made-to-order blanket to our warehouse, put your name and address on it and ship it to **DHL**.
  - **Shipping Time:** 8 - 12 days via **DHL Shipping.**
  - Shipping Cost:
    - DHL Shipping: $10
    - DHL Express Shipping: $15.
  - Made with so much love.

### Recently viewed & featured recommendations

| Fish CLA03010273F Sherpa Fleece Bla... $39.95 | Hippie Fish CL02010401MDF S... $39.95 | Trout Fishing Fleece Blanket CC... $39.95 | Fish Trout Fishing DV0801195S Sherp... $39.95 | Fish CLT3112055N Sherpa Fleece Bla... $39.95 | Fish CL31120245MDF S... $39.95 |

**MAIN MENU**
Shop
HOME
Collections
Shipping
About Us
Contact Us

**CONTACT US**
Email: support@cozyfabriz.com
Address: 10685-B Hazelhurst Dr
Houston, TX 77043
USA
DMCA Takedown notice

**POLICIES**
Privacy policy
Terms of Service
Shipping policy

DMCA Report

© 2020 COZY FABRIZ.




SHOP    ORDER TRACKING    SHIPPING & DELIVERY



### TROUT FISH BT200864R RUG

$49.95

**Size:** 92*153 Cm (3 X 5 Ft)

| 92*153 CM (3 X 5 FT) | 122*180CM (4 X 6 FT) |
| --- | --- |
| 153*244CM (5 X 8 FT) | |

1

**ADD TO CART**



---

**DESCRIPTION**

**MATERIAL & DESCRIPTION**

Material: polyester
Thickness: 6MM
Bottom: plastic anti-slip non-woven fabric, non-slip water absorption
Advantages: moisture-proof, non-slip, anti-static, wear-resistant, easy to clean, cost-effective
Application: living room, bedroom, bedside, tatami, bay window, study, entrance
Packing: woven bag packaging






### Store best sellers



| Autism CL240702MD Rug | Deer NNZ70819M Rug | Owl BL0111229R Rug | Limited Edition Rug | Limited Edition Rug | Seal CLD010825 NN Rug |
| --- | --- | --- | --- | --- | --- |
| $49.95 | $49.95 | $49.95 | $49.95 | $49.95 | $49.95 |

---

**CONTACT US**
Email: 102 Hawthorne, CA USA
Address: support@macrolids.zendesk.com

**POLICIES**
DMCA
FAQ
PAYMENT METHOD
PRIVACY POLICY
REFUNDS & RETURNS POLICY
SHIPPING & DELIVERY
TERMS OF SERVICE

DMCA Report