# EXHIBIT J

**Thursday, February 27, 2020 at 09:08:23 Eastern Standard Time**

**Subject:** Order #1273 confirmed
**Date:** Thursday, February 27, 2020 at 9:05:52 AM Eastern Standard Time
**From:** Comfy Hubz
**To:** John Di Giacomo



## Customer information

### Shipping address

JohnDi Giacomo

444 Cass St.

Suite D

Traverse City

Michigan

49684

United States

### Billing address

JohnDi Giacomo

444 Cass St.

Suite D

Traverse City

Michigan

49684

United States

### Shipping method

Insured DHL Shipping

$10.00

### Payment method

PayPal - $49.95

If you have any questions, reply to this email or contact us at [support@comfyhubz.com](mailto:support@comfyhubz.com)

**Subject:** You have authorized a payment to E-MOON ASIA CO., LTD
**Date:** Thursday, February 27, 2020 at 9:06:00 AM Eastern Standard Time
**From:** service@paypal.com
**To:** John Di Giacomo

paypal

Feb 27, 2020 06:05:42 PST
Transaction ID: 1SS20943YE5601014

**Hello Revision Legal, LLC,**

**You authorized a transaction to E-MOON ASIA CO., LTD. Money won't leave your account until E-MOON ASIA CO., LTD processes your order.**

Thanks for using PayPal. To see the full transaction details, log in to your PayPal account. Keep in mind, it may take a few moments for this transaction to appear.

**Merchant**
E-MOON ASIA CO., LTD
Support@larosashop.com
+84 0639275043950

**Shipping address**
Revision Legal, LLC
444 Cass Street
Suite D
Traverse City, MI 49684
United States

**Instructions to merchant**
You haven't entered any instructions.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| 1000000041528921 / Small | $39.95 USD | 1 | $39.95 USD |

Subtotal    $39.95 USD
Shipping and handling    $10.00 USD
Total    $49.95 USD

**Payment**    $49.95 USD

Payment sent from john@revisionlegal.com

The final payment amount may change when the merchant completes the order.

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to

your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1-888-221-1161. You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:77a56872331bd