# EXHIBIT K

TRANG CHỦ    SẢN PHẨM    LIÊN HỆ



## *SPECIAL PROMOTION*



### Máy Khuếch Tán Tinh Dầu Magic Rose — **$27**



### Tinh Dầu Thiên Nhiên 10ml — **$4.26**



### Máy Khuếch Tán Tinh Dầu Magic Rose Thế Hệ Mới — **$27.95** +

This is to confirm my affiliation with the website
Le Minh Hoang
Rice City Linh Dam, Hoang Mai, Hanoi, +84 97 934 9895

Return Policy                Facebook                    © 2020, La Rosa
Term Of Service              Instagram                   Powered by Shopify
About Us
Privacy Policy                                           PayPal
Delivery Policy