# EXHIBIT M

## DECLARATION OF DEREK DEYOUNG

I, Derek DeYoung, being duly sworn, state as follows:

1. I am Derek DeYoung, an individual resident of the State of Michigan.

2. I am an artist and my works primarily focus on fish and fishing and, in particular, the sport of fly fishing.

3. I have been using the trademark DEYOUNG in association with the sale and offering for sale of my original fine art pieces since as early as November 2, 2006.

4. I have been using the trademark DEYOUNG in association with online retail store services featuring artwork, apparel, stickers, phone cases, drinkware, blankets, playing cards, boat wraps, coasters, and coolers since as early as October 1, 2006.

5. I sign all of my fine art pieces with my last name, DeYoung.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Date: 2/28/2020

By: _Derek DeYoung_
400A8CCB3DEB4DB...
Derek DeYoung

1