# EXHIBIT N

| Domain Name | Registrar | Proxy Service |
|---|---|---|
| lushsneaker.com | Namecheap, Inc. | Cloudflare, Inc. |
| deploina.com | Namecheap, Inc. | Cloudflare, Inc. |
| leruitry.com | Namecheap, Inc. | Cloudflare, Inc. |
| erfourse.com | Namecheap, Inc. | Cloudflare, Inc. |
| wysdman.com | Namecheap, Inc. | Cloudflare, Inc. |
| sporcepa.com | Namecheap, Inc. | Cloudflare, Inc. |
| zaktez.com | Namecheap, Inc. | Cloudflare, Inc. |
| ascenpo.com | Namecheap, Inc. | Cloudflare, Inc. |
| encedire.com | Namecheap, Inc. | Cloudflare, Inc. |
| gerlati.com | Namecheap, Inc. | Cloudflare, Inc. |
| tonewavi.com | Namecheap, Inc. | Cloudflare, Inc. |
| ciansfin.com | Namecheap, Inc. | Cloudflare, Inc. |
| greydard.com | Namecheap, Inc. | Cloudflare, Inc. |
| implaker.com | Namecheap, Inc. | Cloudflare, Inc. |
| sublacti.com | Namecheap, Inc. | Cloudflare, Inc. |
| scansimo.com | Namecheap, Inc. | Cloudflare, Inc. |
| stipede.com | Namecheap, Inc. | Cloudflare, Inc. |
| azcozyhubs.com | GoDaddy.com, LLC | Cloudflare, Inc. |
| comfyhubs.com | GoDaddy.com, LLC | Cloudflare, Inc. |
| flossibi.com | Namecheap, Inc. | Cloudflare, Inc. |
| palmyhomey.com | Namecheap, Inc. | Cloudflare, Inc. |
| richleen.com | Namecheap, Inc. | Cloudflare, Inc. |
| cozzian.net | Namecheap, Inc. | Cloudflare, Inc. |
| kayleeandtepid.com | Namecheap, Inc. | Cloudflare, Inc. |
| sharkspree.com | Namecheap, Inc. | Cloudflare, Inc. |
| storelada.com | Namecheap, Inc. | Cloudflare, Inc. |
| crazystoreaz.com | Namecheap, Inc. | Cloudflare, Inc. |
| buncoshop.com | Namecheap, Inc. | Cloudflare, Inc. |
| lannadecor.com | Godaddy.com, LLC | Cloudflare, Inc. |
| cubebui.com | Namecheap, Inc. | Cloudflare, Inc. |
| chavelary.com | Namecheap, Inc. | Cloudflare, Inc. |
| menaap.com | GoDaddy.com, LLC | Cloudflare, Inc. |
| oddcrate.com | Namecheap, Inc. | Cloudflare, Inc. |
| tuluhu.com | GoDaddy.com, LLC | Cloudflare, Inc. |
| fammade.com | Namecheap, Inc. | Cloudflare, Inc. |
| lushgood.com | Namecheap, Inc. | Cloudflare, Inc. |
| sleepynfancy.com | Namecheap, Inc. | Cloudflare, Inc. |
| Theloosdecor.com | Godaddy.com, LLC | Cloudflare, Inc. |
| cozyfabriz.com | GoDaddy.com, LLC | Cloudflare, Inc. |
| comfyhubz.com | GoDaddy.com, LLC | Cloudflare, Inc. |
| pomelotee.com | Namecheap, Inc. | Cloudflare, Inc. |
| evatiamo.com | Namecheap, Inc. | Cloudflare, Inc. |
| shinezily.com | Donuts, Inc. | Cloudflare, Inc. |
| printabe.com | Donuts, Inc. | Cloudflare, Inc. |

| | | |
|---|---|---|
| fortnitecute.com | Namecheap, Inc. | Cloudflare, Inc. |
| ppatee.com | Namecheap, Inc. | Cloudflare, Inc. |

## Hosting Service

Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare
Obscured by Cloudflare

Obscured by Cloudflare
Obscured by Cloudflare