## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEYOUNG,<br>a resident of Michigan<br><br>    Plaintiff,<br>v<br><br>BGROUP, LTD.,<br>a Hong Kong Limited by shares company,<br><br>MANH QUAN TRUONG,<br>an individual resident of Vietnam,<br><br>PRINTABLE COMPANY LIMITED,<br>a Hong Kong limited by shares company,<br><br>THUY PHAN THIEN HA DONG,<br>an individual resident of Vietnam, and<br><br>DOES 1-10,<br><br>    Defendants.<br>_____/ | Case No. 1:20-cv-51 |

| | |
|---|---|
| John Di Giacomo (P73056)<br>Eric Misterovich (P73422)<br>Amanda Osorio (P79006)<br>Attorneys for Plaintiff<br>Revision Legal, PLLC<br>444 Cass St., Suite D<br>Traverse City, MI 49684<br>(231) 714-0100<br>john@revisionlegal.com<br>eric@revisoinlegal.com<br>amanda@revisionlegal.com | C. Enrico Schaefer (P43506)<br>Traverse Legal, PLC<br>810 Cottageview Drive, Ste. G-20<br>Traverse City, MI 49684<br>enrico@traverselegal.com<br>(231) 932-0411 |

_____/

## STIPULATED ORDER TO DISMISS

02722651 1

Defendants Printabel Company Limited and Thuy Phan Thien Ha Dong and Plaintiff Derek DeYoung stipulate to the dismissal with prejudice of all claims against Defendants, without costs or attorneys' fees to either party.

**IT IS HEREBY ORDERED** that all claims against Defendants Printabel Company Limited, Thuy Phan Thien Ha Dong, and Does 1-10 are dismissed with prejudice and without attorneys' fees to either party, and this case shall be terminated.

**IT IS FURTHER ORDERED** that the Parties may provide PayPal with a copy of their Settlement Agreement and PayPal is hereby ordered to transfer the Settlement Payment as defined in that Settlement Agreement to the PayPal account of Plaintiff's counsel with all transfer fees to be paid by the Defendants. Upon successful transfer of the Settlement Payment to the PayPal account of Plaintiff's counsel, the asset freeze entered as a result of this Court's February 14, 2020 Order Re: Motion for Preliminary Injunction is terminated as to all Payoneer, PayPal, BlueSnap, and Stripe accounts that were frozen as a result of the Court's February 14, 2020 Order. Counsel for both Parties will be copied on any and all correspondence with PayPal concerning the transfer of the Settlement Payment and the termination of the asset freeze.

**IT IS FURTHER ORDERED** that the Parties' stipulated permanent injunction~~, attached as Exhibit A,~~ is hereby entered by the Court.

**SO ORDERED**.

Dated: March 2, 2020          /s/ Janet T. Neff
                              _____
                              Hon. Janet T. Neff
                              United States District Judge

Approved as to form:

02722651 1

3

| | |
|---|---|
|     /JAD/ |     /CES/ |
| John Di Giacomo (P73056) | C. Enrico Schaefer |
| Eric Misterovich (P73422) | Traverse Legal, PLC |
| Amanda Osorio (P79006) | Attorneys for Defendants Printabel Company Limited and Thuy Phan Thien Ha Dong |
| Attorneys for Plaintiff | |
| Revision Legal, PLLC | 810 Cottageview Dr., Suite G-20 |
| 444 Cass St., Suite D | Traverse City, MI 49684 |
| Traverse City, MI 49684 | (231) 932-0411 |
| (231) 714-0100 | enrico@traverselegal.com |
| john@revisionlegal.com | |
| eric@revisoinlegal.com | |
| amanda@revisionlegal.com | |